RICK KLINGBEIL, PC
1826 NE Broadway
Portland, OR  97232
P: 503-490-6763
rick@klingbeil-law.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **JASON LEWIS SIMON**, an individual, | Case No. 3:23-cv-00487-SI |
| Plaintiff, | |
| v. | **FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT** |
| **RITE AID CORPORATION**, a Delaware Corporation, | |
| Defendant. | **JURY TRIAL DEMANDED** |

Pursuant to agreement with Defendant, plaintiff Jason Lewis Simon individually and on behalf of the proposed Class and Subclasses described below amends his complaint and alleges:

## I.    INTRODUCTION AND NATURE OF THE CASE

1.      This is a proposed consumer class action.

2.      Plaintiff individually and on behalf of all similarly situated persons within the state of Oregon seeks monetary damages based on Rite Aid's unlawful acts and material

**Page 1 -**    FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

omissions.

3.      Concurrent with filing this lawsuit in state court, Plaintiff served a class action

claim Notice on defendant Rite Aid pursuant to ORS 32(H). Defendant did not substantially

meet its obligations under ORCP 32(H) within 35 days after service of the Notice. Pursuant to

ORCP 32(I) Plaintiff amends this Complaint to dismiss claims for injunctive relief and add

claims for monetary damages for himself and all Class Members.

4.      The claims concern Rite Aid's countenance, agreement, approval, reiteration,

amplification, and presentation of deceptive labeling, packaging, containers, marketing, offers

to sell, and sales and of certain vitamins, minerals, herbs, amino acids, spices, and other

purportedly beneficial dietary substances ("Dietary Supplements") to Oregon consumers at Rite

Aid retail stores throughout Oregon.

5.      The bottles, boxes, bags, packages, and containers ("Package") for each of the

Dietary Supplements at issue ("Accused Products") violate Oregon and federal law and were

objectively and materially misleading and deceptive to Plaintiff and Class Members.

6.      Rite Aid was a defendant in a previous nationwide class action complaint alleging

the same type of misconduct with regard to Dietary Supplements sold in Rite Aid stores in the

recent past. See, *Silva et al. v. Rite Aid Corporation*, Case No. 3:2018 cv 00305 (Oregon),

removed to Pennsylvania, *Silva et al. v. Rite Aid Corporation*, Case No. 1:2018 cv 02135

(Middle Dist. Penn.).

7.      The *Silva* case was settled pursuant to a *Confidential Settlement Agreement and

Release* in January 2021. There is no overlap between the Class Period for the transactions at

issue in the *Silva* case and the Class Period for transactions subject to this Complaint.

8.      The *Confidential Settlement Agreement and Release* executed in *Silva* has no

**Page 2 -**     FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

limiting effect and poses no restrictions on Plaintiff or the Class or Subclasses within the Class Period set forth in this lawsuit.

9.      After the *Silva* litigation, Rite Aid knew, reasonably should have known, or was on inquiry notice that the Packages for the Accused Products it offered for sale and sold in its Oregon stores and now at issue were misleading, deceptive, and violated Oregon and federal law.

10.     Plaintiff proposes a Class consisting of two Subclasses. Two Subclasses are necessary because the claims of the second Subclass may be subject to a dispute over jurisdiction and choice of law.

## II.   THE PARTIES

### A.     Plaintiff

11.     Plaintiff / proposed Class Representative Jason Lewis Simon ("Plaintiff" or "Simon") is a competent adult who at all material times resided in Oregon.

12.     During the Class Period described below, Simon purchased Accused Products from Rite Aid stores within Oregon. Simon's purchases qualify him to represent both proposed Subclasses.

13.     At the time of his purchases, Simon did not know or have reason to suspect that the information on the Packages for the Accused Products was false, deceptive, misleading, omitted material facts, or otherwise violated Oregon and federal law.

### B.     Proposed Class / Subclasses members

14.     The classes of persons Plaintiff seeks to represent are defined as:

> a.      **First Subclass:** All persons who purchased one or more Accused Products from a Rite Aid store in Oregon during the Class Period and whose

**Page 3 -**     FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

purchase was not made under the Rite Aid "Wellness Rewards Program", the Rite Aid "My Pharmacy" program, or any similar membership or discount program.

    **b.**    **Second Subclass:** All persons who purchased one or more Accused Products from a Rite Aid store in Oregon during the Class Period and whose purchase was made under the Rite Aid "Wellness Rewards Program", the Rite Aid "My Pharmacy" program, or any similar membership or discount program.

**C.**    **Defendant**

15.    Rite Aid Corporation ("Rite Aid") is the third largest drugstore chain in the United States based on revenues and number of stores, operating over 4,500 stores in 31 states and the District of Columbia. On information and belief and based on Rite Aid's website, there are 66 Rite Aid stores operating within Oregon.

16.    Rite Aid is incorporated in Delaware and headquartered at East Pennsboro Township, Cumberland County, Pennsylvania.

17.    Rite Aid sells Dietary Supplements and a variety of other products. In its Oregon stores, it sells both Rite Aid branded Dietary Supplements and those supplied by and branded with the trade names of third-party suppliers and manufacturers ("Third Party Suppliers").

### III.  JURISDICTION AND VENUE

**A.**    **Jurisdiction – Both Subclasses**

18.    This Court has subject matter jurisdiction based on diversity. Plaintiff is an Oregon citizen, Defendant Rite Aid is incorporated in Delaware with its principal place of business in Pennsylvania, and the amount in controversy exceeds $75,000.

**Page 4 -**    FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

19.     This Court has personal jurisdiction over Defendant because it conducts substantial business activities in Oregon and Multnomah County through its marketing, retail stores, and sales, and the claims arise out of Defendant's contacts and activities in Oregon.

20.     This Court also has subject matter jurisdiction pursuant to 28 U.S.C. §1332(d)(2), the "Class Action Fairness Act." On information and belief, there are over 5,000 Class Members in the proposed Class, over 2,500 members in each proposed Subclass, the amount in controversy exceeds $5,000,000, and by definition all Class and Subclass members are citizens or residents of Oregon, and defendant is incorporated in Delaware and headquartered at East Pennsboro Township, Cumberland County, Pennsylvania.

**B.     Jurisdiction – Second Subclass**

21.     Jurisdiction is proper in Oregon and Multnomah County for the Second Subclass.

22.     Defendant Rite Aid's in store enrollment process for its "Wellness Rewards Program," its "My Pharmacy" program, and other "rewards" or membership programs, regardless of name, errantly attempt to establish jurisdiction in Pennsylvania and impose Pennsylvania law on Oregon-based transactions that violate Oregon consumer protection statutes and remedy provisions.

23.     Subclass Members were not provided any indication during Rite Aid's in-store enrollment process or otherwise that they were agreeing to settle disputes related to their Oregon-based purchases in Pennsylvania courts located 2,800 miles away and under Pennsylvania law.  The purported terms of Rite Aid's jurisdiction and choice of law provisions were never presented to Subclass Members during the in-store enrollment process.  Subclass Members were never provided an opportunity to view, accept, or reject either provision during the in-store enrollment or purchase process.

**Page 5 -**     FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

24.     Rite Aid's jurisdiction and choice of law provisions are unconscionable as a matter of law, contracts of adhesion, and unenforceable.

**D.     Venue**

25.     Venue is proper in Oregon federal district court under 28 U.S.C. § 1391 because Rite Aid does significant business in Oregon and all of the acts and omissions underlying the claims in this lawsuit occurred in Oregon.  Rite Aid has a registered agent located within Oregon.

### IV.   DEFENDANT'S MISCONDUCT

**A.     Dietary Supplement and Food Packaging - Federal FDA and Oregon Requirements**

**a.     Dietary Supplements are "Food" under FDA rules and Oregon law.**

26.     The United States Food and Drug Administration ("FDA") defines "food" to include Dietary Supplements. 21 U.S.C. 321 (ff)(3)(b)(ii) ("a dietary supplement shall be deemed to be a food within the meaning of this chapter.").

27.     The FDA's definition of a "dietary supplement" includes each of the Accused Products in this case.  21 U.S.C. 321(ff).

28.     ORS 616.205(10)(c) defines "food" to include Dietary Supplements.

29.     ORS 616.205(7)'s definition of a "dietary supplement" includes each of the Accused Products in this case.

**b.     The Principal Display Panel shall bear a net declaration of contents.**

30.     The FDA defines the front-facing portion of food Packages as the "Principal Display Panel" ("PDP"):

> "The term *principal display panel* as it applies to food in package form and as used in this part, means the part of a label that is most likely to be

**Page 6 -**     FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

displayed, presented, shown, or examined under customary conditions of display for retail sale." 21 CFR § 101.1. (Italics in original).

31.    ORS 616.205(18) defines the principal display using almost identical terms:

"'Principal display panel' means that part of a label that is most likely to be displayed, presented, shown or examined under normal and customary conditions of display for retail sale."

32.    The FDA established minimum requirements for the contents of a PDP for Dietary Supplements. These include the requirement that the PDP "shall bear a declaration of the net quantity of contents." 21 CFR 101.105(a) and (c). See, also, 21 CFR 101.7, "[t]he declaration shall appear as a distinct item on the principal display panel" and "shall accurately reveal the quantity of food in the package."

33.    According to the FDA, the net quantity of contents:

"shall be expressed in the terms of weight, measure, numerical count, or a combination of numerical count and weight or measure." 21 CFR 101.105(a).

*****

"When the declaration of quantity of contents by numerical count does not give adequate information as to the quantity of food in the package, it shall be combined with such statement of weight, measure, or size of the individual units of the foods as will provide such information." 21 CFR 101.105(c).

34.    FDA reference documents provide further guidance:

Question: "What is the net quantity of contents statement for a dietary supplement?"

Answer: "The net quantity of contents statement for a dietary supplement is the statement that informs consumers of the amount of dietary supplement that is in the container or package." 21 CFR 101.105(a).

35.    FDA rules also require information contained on the PDPs be conspicuous and easily legible boldface print or type in distinct contrast by typography, layout, color, embossing, or molding. 21 CFR 101.7(h).

**Page 7 -**    FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

36.     The Oregon Attorney General has adopted the FDA's requirements for food and

Dietary Supplement labeling, giving them the force of law in Oregon:

> "The federal rules governing food identity, *** and labeling of or in food adopted by the Food and Drug Administration of the U.S. Department of Health and Human Services, are hereby adopted as the rules governing this subject matter in Oregon. *** The adopted federal programs and standards are those set forth in the 2017 version, Title 21, Chapter 1, Parts 1, 7, 70, 73, 74, 81, 82, *100 through 111, 113 through 199* *** of the Code of Federal Regulations." (Italics added).  OAR 603-025-0190.

37.     Oregon statutes, identical to the FDA rules, also require that the PDP provide "an

accurate statement of the net quantity of the contents." ORS 616.250(1), (5)(a)(B), (6).

38.     Under ORS 616.265 "[a]n advertisement of a food shall be deemed to be false if it

is false or misleading in any particular."

39.     ORS 616.270 further provides that when evaluating whether labeling or an

advertisement is misleading, not only are explicit claims considered, but also the extent to

which material facts are undisclosed.

40.     Oregon law also prohibits using small or inconspicuous text for information

required to appear on a PDP. ORS 616.250(6) provides:

> A food shall be deemed to be misbranded:
>
> *****
>
> If any word, statement or other information required by or under authority of ORS 616.205 to 616.295 to appear on the label or labeling is not prominently placed thereon with such conspicuousness, as compared with other words, statements, designs or devices, in the labeling, and in such terms as to render it likely to be read and understood by the ordinary individual under customary conditions of purchase and use.

41.     Both federal FDA regulations and Oregon law require that the front-facing label

on a Dietary Supplement (the PDP) contain a truthful statement to consumers of the net quantity

of Dietary Supplement within the Package, and requires that any qualifying, limiting, or

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

clarifying language be conspicuous and likely to be seen and read during a normal retail purchase.

**c.     Federal and Oregon Principal Display Panel requirements**

42.     Information on a Dietary Supplement's PDP that complies with federal and Oregon law and regulations typically includes:

(a)     the *type* of Dietary Supplement, such as "Vitamin C" or "Calcium";

(b)     the *quantity* of the Dietary Supplement, typically in milligrams, micrograms, or international units ("MG", "mg", "mcg", or "IU");

(c)     the *number* of individual units of Dietary Supplement contained within the Package, typically expressed as "tablets," "capsules," "caplets," "softgels," "gummies," "soft chews," or similar terms ("Units"). (See Figure 1); and

(d)     if the serving size or dosage ("Serving Size") required to obtain the quantity of Dietary Supplement stated on the PDP requires *multiple Units*, then either:

(i)     a statement indicating "per serving of X," "per X Units," or similar (See Figure 2); or

(ii)     the quantity of Dietary Supplement contained within one Unit (see Figure 3); or

(ii)     a statement of "per serving" combined with a declaration of how many servings are contained in the Package. (See Figure 4).

**Page 9 -     FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT**

# Figure 1



Rick Klingbeil, PC
1826 NE Broadway
Portland, OR 97232
P: 503-473-8565
rick@klingbeil-law.com

# Figure 2



Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

# Figure 3




Rick Klingbeil, PC
1826 NE Broadway
Portland, OR 97232
P: 503-473-8565
rick@klingbeil-law.com

# Figure 4




Rick Klingbeil, PC
1826 NE Broadway
Portland, OR 97232
P: 503-473-8565
rick@klingbeil-law.com

**c.      Each of the Principal Display Panels on the Accused Products violate federal and Oregon law.**

43.      Each of the Accused Products require a Serving Size of more than one Unit. The PDPs on the Accused Products do not provide a consumer the information necessary to determine the net quantity of contents in the Package. Instead, the PDPs mislead consumers and overstate the amount of Dietary Supplement in each Package by a factor equal to the Serving Size. The PDPs on each of the Accused Products violate FDA regulations and Oregon law.

44.      The Accused Products violate federal and Oregon law in one or more of the following ways:

a.      The PDPs on each of the Accused Products listed in Table 1 show the total amount of Dietary Supplement *in a multi-Unit Serving Size* and list the *total number of individual Units* in the Package. (Figure 5.)  The PDPs provide no indication that the stated quantity of Dietary Supplement is for two or more Units, and not for a single Unit. The PDPs are misleading because they overstate the net quantity of contents in each Package by a factor equal to the Serving Size.

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

## Figure 5



b.      The PDPs on each of the Accused Products listed in Table 2 show the total

amount of Dietary Supplement *in a multi-unit Serving Size*, state "per serving," and list

the *total number of individual Units* in the Package.  (Figure 6). The "per serving"

statement is inadequate because it omits any indication of either the *number of Units in a*

*serving* (i.e. "per serving of X Units") (Figure 2), the quantity of Dietary Supplement in

one Unit (Figure 3), or the *number of servings* in the Package (i.e. "X servings", see

Figure 4).  The PDPs are misleading because they overstate the net quantity of contents in

each Package by a factor equal to the Serving Size.

**Page 15 -**     FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

# Figure 6




45.    Disclosing the Serving Size or the number of servings in the Package through the

Supplement Facts panel on the back of the Package, and not on the PDP does not satisfy FDA

regulations or Oregon law. See, *Walters v. Vitamin Shoppe*, 3:14-cv-01173-PK, on appeal, 701

Fed.Appx. 667 (9th Cir. 2017) and *Williams v. Gerber Prods. Co*., 552 F.3d 934, 939–40 (9th

Cir. 2008). See, also, 21 CFR 101.7, 21 CFR 101.105; ORS 616.250(1), (5), (6).

46.    The "per serving" language does not bring the Accused Products in Table 2 into

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

compliance with federal or Oregon law.

47.    To the extent the "per serving" text on the Accused Products listed in Table 2 has

any legal effect, for each of the Accused Products designated with "***" in the seventh column,

the "per serving" text on the PDP is undersized, or otherwise inconspicuous because of color,

contrast, design, or placement and violates federal and Oregon law.

48.    Figure 6, above, and Figure 7, below, provide examples:

# Figure 7



**B.    Federal and Oregon law prohibit selling Misbranded Dietary Supplements**

49.    The Food, Drug, and Cosmetic Act, 21 USC Sec. 301 *et seq.*,  is a public welfare

statute that imposes "the highest standard of care on distributors." *Smith v. California,* 361 U.S.

147, 152, 80 S.Ct. 215, 4 L.Ed.2d 205 (1959). It was enacted to enable purchasers to make

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

intelligent choices, and, to that end, "[m]isbranding was one of the chief evils Congress sought

to stop." *United States v. 45/194 Kg. Drums of Pure Vegetable Oil,* 961 F.2d 808, 812 (9th Cir.

1992).

50.     A food shall be deemed to be misbranded . . . [i]f . . . its labeling is false or

misleading in any particular." 21 U.S.C. § 343(a)(1).

51.     A Package of Dietary Supplement is misbranded if the container is misleading:

"A food shall be deemed to be *misbranded ...* (d) ... If its container is so made, *** as to be

misleading." 21 U.S.C. §343(d).  (Italics added).

52.     The FDA commentary section entitled "Labeling Requirements – Misbranding"

states:

> "Section 502 of the Federal Food, Drug and Cosmetic Act (FFDCA) contains
> provisions on misbranding including those that relate to false or misleading
> labeling. A device's labeling misbrands the product if:
>
> > "Its labeling is false or misleading in any particular;
> >
> > "It is in package form and its label fails to contain *** *an accurate
> > statement of the quantity of the contents* in terms of weight, measure, or
> > numerical count;"
> >
> > "Any required wording is not prominently displayed as compared with
> > other wording on the device, or is not clearly stated."
>
> (Emphasis added). (https://www.fda.gov/medical-devices/general-device-
> labeling-requirements/labeling-requirements-misbranding).

53.     Each of the Accused Products are misbranded under federal law and FDA rules.

54.     The misbranding provision prohibits "[t]he introduction or delivery for

introduction into interstate commerce of any food *** that is *** misbranded."  21 U.S.C. §

331(a)-(d) and (g).

55.     A misbranded product cannot be legally manufactured, advertised, distributed, or

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

sold, and is therefore worthless and without value as a matter of law.

56. Each of the Accused Products are also misbranded and unlawful to sell under

Oregon law:

> **616.250 When food deemed misbranded; rules.** A food shall be deemed to be misbranded:
>
> > (1)    If its labeling is false or misleading in any particular, or fails to conform to ORS 616.325.
> >
> > *****
> >
> > (5)    If in package form:
> >
> > > (a)    Unless it bears a label containing:
> > >
> > > > *****
> > > > (B)  An accurate statement of the net quantity of the contents in terms of weight, measure, volume or numerical count. *The statement shall be separately and accurately stated upon the principal display panel of the label.*  (Italics added).
> >
> > *****
> >
> > (6)    If any word, statement or other information required by or under authority of ORS 616.205 to 616.295 to appear on the label or labeling is not prominently placed thereon with such conspicuousness, as compared with other words, statements, designs or devices, in the labeling, and in such terms as to render it likely to be read and understood by the ordinary individual under customary conditions of purchase and use.

57. The Accused Products violate ORS 616.325 (referenced in ORS 616.250, above),

which provides:

> (1)    All labels of consumer commodities shall conform to such requirements for the declaration of net quantity of contents as the State Department of Agriculture by rule may prescribe.

58. Oregon's State Department of Agriculture prescribed the following rules:

> **OAR 603-029-1004:**
>
> ***
>
> (3) Labels of all products shall show the following information on

**Page 19 -**    FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR 97232
P: 503-473-8565
rick@klingbeil-law.com

the principal display panel:

\*\*\*

   (d)   An accurate statement of the net quantity of contents, as prescribed in section (8) of this rule;

\*\*\*

(8)(a)   The statement of net quantity of contents shall appear on the principal display panel of all containers to be sold at retail intact, in conspicuous and easily legible boldface print or type in distinct contrast to other matter on the container, and shall be declared in accordance with the provisions of this subsection.

   (b) The statement as it is shown on a label shall not be false or misleading and shall express an accurate statement of the quantity of contents of the container….

59.     The Accused Products are misbranded under Oregon law. ORS 615.250.

60.     Oregon law prohibits the "manufacture, sale or delivery, holding or offering for sale of any food that is \*\*\* misbranded." ORS 616.215.

61.     Because a misbranded product cannot be legally manufactured, distributed, or sold in Oregon, it is worthless and has no value as a matter of law.

**C.    Rite Aid offered for sale and sold Accused Products to Class Members within the Class Period.**

62.     During the Class Period Rite Aid advertised and sold the Accused Products under various trade and brand names within its Oregon stores.

63.     Table 1 lists the Accused Products discovered to date with PDPs that misstate the amount of Dietary Supplement within the Package.  The PDP for each product in Table 1 lists the number of Units in the Package and the quantity of Dietary Supplement in a *multi-Unit* Serving Size. None of the PDPs on any of the Accused Products in Table 1 indicate that the

**Page 20 -**    FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

stated quantity of Dietary Supplement is for more than one Unit through the use of "per serving of X," "per X Units," or similar clarifying language. The PDPs on each of the Accused Products in Table 1 violate Oregon and federal law and are misleading.

64.     Table 2 lists the Accused Products discovered to date with PDPs that misstate the amount of Dietary Supplement within the Package. The PDPs for each product in Table 2 list the number of Units in the Package and the quantity of Dietary Supplement in a *multi-Unit* Serving Size. The PDPs then provide an inadequate and confusing "per serving" statement.  The PDPs on each of the Accused Products in Table 2 violate Oregon and federal law and are misleading because they do not disclose the number of Units in a serving using, for example, "per serving of X Units*,*" "per X Units," or similar verbiage.

65.     Plaintiff intends to amend this Complaint to add any additional deceptively labeled Dietary Supplements as they are discovered.

### Table 1 – Accused Products With No "Per Serving" Language

| Ex. | Brand Name | Name & Ingredients | Units | Stated Supplement Amount per Unit | Actual Supplement Amount per Unit |
|---|---|---|---|---|---|
| 1. | Caltrate | Minis 600+D3 | 150 | 600 mg Calcium | 300 mg Calcium |
| 2. | Citracal | Calcium+D3 | 80 | 1200 mg Calcium<br>1000 IU Vitamin D3 | 600 mg Calcium<br>500 IU Vitamin D3 |
| 3. | Citracal | Calcium+D3 Slow Release 1200 | 80 | 1200 mg Calcium<br>1000 IU Vitamin D3 | 600 mg Calcium<br>500 IU Vitamin D3 |
| 4. | Emergen-C | Immune Support 500 mg Vitamin C | 45 | 500 mg Vitamin C | 167 mg Vitamin C |
| 5. | Emergen-C | Immune Support 750 mg Vitamin C | 45 | 750 mg Vitamin C | 250 mg Vitamin C |
| 6. | Emergen-C | 1000 mg Vitamin C Chewable | 40 | 1000 mg Vitamin C | 500 mg Vitamin C |
| 7. | Emergen-C | Elderberry Immune + | 45 | 50 mg Elderberry juice concentrate | 18 mg Elderberry juice concentrate |
| 8. | GNC | Fish Oil Mini | 120 | 1000 mg Omega-3 | 500 mg Omega-3 |
| 9. | GNC | Horny Goat Weed | 60 | 600 mg Horny Goat Weed<br>250 mg Maca extract | 300mg Horny Goat Weed<br>125 mg Maca extract |

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

| | | | | | |
|---|---|---|---|---|---|
| 10. | GNC | Hair, Skin & Nails | 60 | 6000 mcg Biotin | 3000 mcg Biotin |
| 11. | GNC | Hair, Skin & Nails | 120 | 3000 mcg Biotin | 1500 mcg Biotin |
| 12. | GNC | Pro Performance | 180 | 1500 mg L-Glutamine | 750 mg L-Glutamine |
| 13. | GNC | Pro Performance | 120 | 3500 mg Creatine Monohydrate | 750 mg Creatine Monohydrate |
| 14. | GNC | Men's Maca Man | 60 | 900 mg Maca Root<br>1000 mg Arginine | 300 mg Maca Root<br>333 mg Arginine |
| 15. | GNC | Mega Men Prostate & Virility | 90 | 1600 IU Vitamin D3 | 1600 IU Vitamin D3 |
| 16. | GNC | Biotin | 120 | 3000 mcg Biotin | 1500 mcg Biotin |
| 17. | GNC | Evening Primrose Oil | 90 | 500 mg Primrose Oil | 250 mg Primrose Oil |
| 18. | GNC | Magnesium | 60 | 250 mg Magnesium | 125 mg Magnesium |
| 19. | Goli | Sleep Gummies Melatonin 5 mg | 60 | 5 mg Melatonin | 2.5 mg Melatonin |
| 20. | Goli | Women's Multi Gummies Biotin (225 mcg) | 60 | 225 mcg Biotin | 112.5 mcg Biotin |
| 21. | Health By Habit | Collagen 2000 mg | 60 | 2000 mg Collagen | 500 mg Collagen |
| 22. | Hello Bello | Hair Skin Nails - Biotin | 75 | 2500 mcg Biotin | 1250 mcg Biotin |
| 23. | Hello Bello | Sleep Well - Melatonin | 75 | 5 mg Melatonin | 2.5 mg Melatonin |
| 24. | Irwin Naturals | Sunny Mood | 80 | 200 mg 5-HTP | 50 mg 5-HTP |
| 25. | MagOx 400 | Magnesium Oxide | 60 | 400 mg Magnesium | 200 mg Magnesium |
| 26. | MagOx 400 | Magnesium Oxide | 120 | 400 mg Magnesium | 200 mg Magnesium |
| 27. | Muscletech | Muscle Builder PM | 90 | 800 mg Cindura<br>125 mg Sensoril<br>5 mg Melatonin | 267 mg Cindura<br>42 mg Sensoril<br>1.7 mg Melatonin |
| 28. | Muscletech | Platinum Multi Vitamin | 90 | 865 mg Amino Support<br>536 mg Herbal Matrix | 288 mg Amino Support<br>179 mg Herbal Matrix |
| 29. | Muscletech | Alpha Test | 120 | 300 mg Fenugreek Extract<br>100 mg Shilajit Extract<br>100 mg Boron Citrate | 150 mg Fenugreek Extract<br>50 mg Shilajit Extract<br>50 mg Boron Citrate |
| 30. | Muscletech | Hydroxycut Hardcore | 100 | 200mg C Canephora R<br>100 mg Coleus<br>100 mg L-Theanine | 100mg C Canephora R<br>50 mg Coleus<br>50 mg L-Theanine |
| 31. | Nature's Bounty | CLA | 50 | 1000 mg CLA | 500 mg CLA |
| 32. | Nature's Way | Ginkgold | 50 | 60 mg Ginko | 30 mg Ginko |
| 33. | New Vitality | Super Beta Prostate | 60 | 250 mg Beta Sitosterol<br>20 mcg Vitamin D | 125 mg Beta Sitosterol<br>10 mcg Vitamin D |
| 34. | New Vitality | Super Beta Prostate Advanced | 60 | 250 mg Beta Sitosterol<br>15 mg Lycopene<br>6 mg Reishi Mushroom | 125 mg Beta Sitosterol<br>7.5 mg Lycopene<br>3 mg Reishi Mushroom |
| 35. | Nordic Naturals | Omega-3 | 60 | 690 mg Omega-3 | 345 mg Omega-3 |

**Page 22 -**   FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR 97232
P: 503-473-8565
rick@klingbeil-law.com

| | | | | | |
|---|---|---|---|---|---|
| 36. | Nordic Naturals | Algae Omega | 60 | 715 mg Omega-3 | 357.5 mg Omega-3 |
| 37. | Nordic Naturals | Ultimate Omega 2x | 60 | 2150 mg Omega-3 | 1075 mg Omega-3 |
| 38. | Nordic Naturals | Ultimate Omega | 60 | 1280 mg Omega-3 | 640 mg Omega-3 |
| 39. | Nordic Naturals | Ultimate Omega + CoQ10 | 60 | 1280 mg Omega-3 100 mg CoQ10 | 640 mg Omega-3 50 mg CoQ10 |
| 40. | Nordic Naturals | Prenatal DHA | 90 | 830 mg Omega-3 400 IU D3 | 415 mg Omega-3 200 IU D3 |
| 41. | Nugenix | Ultimate Testosterone - 120 ct. | 120 | 3000 MG D-Aspartic Acid | 750 MG D-Aspartic Acid |
| 42. | OLLY | Probiotic | 50 | 1 billion cultures | 0.5 billion cultures |
| 43. | OLLY | Extra Sleep - Melatonin | 50 | 5 mg Melatonin | 2.5 mg Melatonin |
| 44. | OLLY | U.S. Sleep - Melatonin | 60 | 10 mg Melatonin | 5 mg Melatonin |
| 45. | Qunol | Extra Strength Turmeric, 1000 mg | 60 | 1000 mg Turmeric | 500 mg Turmeric |
| 46. | Qunol | Extra Strength Turmeric, 1000mg | 120 | 1000 mg Turmeric | 500 mg Turmeric |
| 47. | Qunol | Turmeric Curcumin with Black Pepper, 2250 mg Turmeric Extract with 95% Curcuminoids | 90 | 2250 mg Turmeric | 750 mg Turmeric |
| 48. | Qunol | CoQ10 UHA Gummies, 100mg | 60 | 100 mg CoQ10 | 50 mg CoQ10 |
| 49. | Qunol | CoQ10 | 60 | 100 mg CoQ10 | 50 mg CoQ10 |
| 50. | Qunol | Turmeric UHA Gummies, 500mg | 60 | 500 mg Turmeric | 250 mg Turmeric |
| 51. | Qunol | Omega-3 Mini Softgels, 1000 mg | 120 | 1000 mg Omega-3 | 500 mg Omega-3 |
| 52. | Qunol | Omega-3 Softgels, 2000 mg | 60 | 2000 mg Omega-3 | 1000 mg Omega-3 |
| 53. | Rite Aid | Echinacea and Goldenseal | 50 | 500 mg Echinacea 400 mg Goldenseal | 250 mg Echinacea 200 mg Goldenseal |
| 54. | Rite Aid | Glucosamine, Chondroitin | 120 | 500 mg Glucosamine 400 mg Chondroitin | 167 mg Glucosamine 133 mg Chondroitin |
| 55. | Rite Aid | Glucosamine, Chondroitin | 60 | 1000 mg Glucosamine 800 mg Chondroitin | 250 mg Glucosamine 200 mg Chondroitin |
| 56. | Rite Aid | Glucosamine, Chondroitin, MSN | 240 | 1500 mg Glucosamine 1200 mg Chondroitin 900 mg MSN | 500 mg Glucosamine 400 mg Chondroitin 300 mg MSN |
| 57. | Rite Aid | Vitamin D3 Gummies | 60 | 50 mcg Vitamin D3 | 25 mcg Vitamin D3 |
| 58. | Rite Aid | Calcium | 100 | 1000 mg Calcium | 500 mg Calcium |
| 59. | Rite Aid | Fish Oil - softgels | 175 | 1000 mg Fish Oil | 500 mg Fish Oil |
| 60. | Rite Aid | Super Magnesium | 100 | 400 mg Magnesium | 200 mg Magnesium |

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR 97232
P: 503-473-8565
rick@klingbeil-law.com

| 61. | Six Star | N.O. Fury | 60 | 3000 mg Nitric Oxide | 1000 mg Nitric Oxide |
|---|---|---|---|---|---|
| 62. | Six Star | Testosterone | 60 | 386 mg Rhodiola Extract | 193 mg Rhodiola Extract |
| 63. | Six Star | Creatine X3 | 60 | 3031 mg Creatine Blend | 1010 mg Creatine Blend |
| 64. | Sundown | Complete Omega | 90 | 3000 mg Salmon Oil<br>1400 mg Omega FA | 1500 mg Salmon Oil<br>700 mg Omega FA |
| 65. | Unisom | Simple Slumbers | 60 | 5 mg Melatonin | 2.5 mg Melatonin |
| 66. | Unisom | Simple Slumbers | 120 | 5 mg Melatonin | 2.5 mg Melatonin |
| 67. | Vicks | Super C | 28 | 1000 mg Vitamin C | 500 mg Vitamin C |
| 68. | Vicks | Super C | 36 | 750 mg Vitamin C | 250 mg Vitamin C |
| 69. | Vital Proteins | Collagen Gummies 2.5g | 120 | 2.5 g Collagen Peptides | 0.63 g Collagen Peptide |
| 70. | VitaFusion | Fiber Well - Fit | 90 | 5 grams Fiber | 2.5 grams Fiber |
| 71. | VitaFusion | Fiber Well - Gummies | 90 | 5 grams Fiber | 2.5 grams Fiber |
| 72. | VitaFusion | Fiber Well - Weight Management | 90 | 5 g Fiber | 2.5 g Fiber |
| 73. | Wellness Innovations | Cosamin DS | 108 | 1500 mg Glucosamine<br>1200 mg Chondroitin | 500 mg Glucosamine<br>400 mg Chondroitin |
| 74. | Youtheory | Collagen | 120 | 6000 mg Collagen | 3000 mg Collagen |

## Table 2 – Accused Products With "Per Serving" Language

| Ex. | Brand Name | Name & Ingredients | Units | Stated Supplemen per Unit | Actual Amount per Unit | "Per Serving" too small |
|---|---|---|---|---|---|---|
| 75. | Gaia Herbs | Turmeric Supreme | 40 | 60 mg Curcuminoids | 30 mg Curcuminoids | |
| 76. | GNC | Branch Chain Amin | 240 | 1800 mg BCAA | 300 mg BCAA | |
| 77. | GNC | Creatine Monohydrate120 | 120 | 3500 mg Creatine | 700 mg Creatine | |
| 78. | Natrol | Elderberry Gummies | 60 | 100 mg Elderberry | 50 mg Elderberry | |
| 79. | Natrol | Melatonin Gummies | 60 | 10 mg Melatonin | 5 mg Melatonin | *** |
| 80. | Natrol | Melatonin Sleep | 90 | 10 mg Melatonin | 5 mg Melatonin | *** |
| 81. | Natrol | Weight Management | 60 | 1000 mg Phase 2 Complex | 500 mg Phase 2 Complex | *** |
| 82. | Nature Made | Calcium with D3 | 80 | 500 mg Calcium | 250 mg Calcium | *** |
| 83. | Nature Made | CholestOff Complete | 120 | 900 mg Plant Sterols | 300 mg Plant Sterols | |
| 84. | Nature Made | CholestOff Plus | 100 | 900 mg Plant Sterols | 450 mg Plant Sterols | |
| 85. | Nature Made | D3 Gummies | 90 | 2000 IU D3 | 1000 IU D3 | |
| 86. | Nature Made | D3 Gummies | 150 | 2000 IU D3 | 1000 IU D3 | *** |
| 87. | Nature Made | Energy B12 Gummies | 80 | 1000 mcg B12 | 500 mcg B12 | *** |
| 88. | Nature Made | Extra Strength D3 | 80 | 5000 IU D3 | 2500 IU D3 | *** |

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR 97232
P: 503-473-8565
rick@klingbeil-law.com

| 89. | Nature Made | Fish Oil | 60 | 2800 mg Fish Oil, 2000 mg Omega-3 | 1400 mg Fish Oil, 2000 mg Omega-3 | *** |
|---|---|---|---|---|---|---|
| 90. | Nature Made | Fish Oil Minis | 60 | 1400 mg Fish Oil, 1000 mg Omega-3 | 700 mg Fish Oil, 500 mg Omega-3 | *** |
| 91. | Nature Made | Iron w/ Vit. C | 60 | 18 mg Iron | 9 mg Iron | *** |
| 92. | Nature Made | Magnesium Citrate | 60 | 250 mg Magnesium | 125 mg Magnesium | *** |
| 93. | Nature Made | Magnesium Glycinate | 60 | 200 mg Mag G | 100 mg Mag G | *** |
| 94. | Nature Made | Melatonin Gummies | 120 | 10 mg Melatonin | 5 mg Melatonin | *** |
| 95. | Nature Made | Digestive Probiotics | 42 | 8 billion CFU | 4 billion CFU | *** |
| 96. | Nature Made | Probiotics + B12 | 50 | 4 billion CFU | 2 billion CFU | *** |
| 97. | Nature Made | Turmeric Curcumin Gummies | 60 | 250 mg Turmeric | 125 mg Turmeric | *** |
| 98. | Nature Made | Vit. C Gummies | 80 150 | 250 mg Vit. C 250 mg Vit. C | 125 mg Vit. C 125 mg Vit. C | *** |
| 99. | Nature Made | Zinc Gummies | 60 | 30 mg Zinc | 15 mg Zinc | *** |
| 100. | Nature's Bounty | Apple Cider Vinegar | 200 | 480 mg ACV | 240 mg ACV | *** |
| 101. | Nature's Bounty | C Gummies | 80 | 250 mg Vit. C | 125 mg Vit. C | *** |
| 102. | Nature's Bounty | C, D, & Zinc Gummies | 70 | 250 mg Vit. C, 500 IU Vit. D3, 7.5 mg Zinc | 125 mg Vit. C, 250 IU Vit. D3, 3.75 mg Zinc | *** |
| 103. | Nature's Bounty | Calcium with D3 - Softgels | 120 | 1200 mg Calcium, 1000 IU Vit. D3 | 600 mg Calcium, 500 IU Vit. D3 | |
| 104. | Nature's Bounty | Cinnamon Plus Chromium | 60 | 2000 mg Cinnamon | 1000 mg Cinnamon | *** |
| 105. | Nature's Bounty | Co Q-10 Gummies | 60 | 200 mg Co Q-10 | 100 mg Co Q-10 | *** |
| 106. | Nature's Bounty | Cranberry | 60 | 25,200 mg Fruit Conc | 12,600 mg Fruit Conc. | |
| 107. | Nature's Bounty | Cranberry Gummies | 150 | 500 mg Cranberry | 100 mg Cranberry | *** |
| 108. | Nature's Bounty | D3 Gummies | 90 | 2000 IU D3 | 1000 IU D3 | *** |
| 109. | Nature's Bounty | Elderberry Gummies | 70 | 100 mg Elderberry | 50 mg Elderberry | *** |
| 110. | Nature's Bounty | Elderberry Sambucus Softgels | 120 | 630 mg Elderberry | 210 mg Elderberry | |
| 111. | Nature's Bounty | Fish Oil | 90 | 2400 mg Fish Oil, 1200 mg Omega-3 | 1200 mg Fish Oil, 600 mg Omega-3 | *** |
| 112. | Nature's Bounty | Ginko Biloba | 200 | 60 mg Ginko | 30 mg Ginko | *** |
| 113. | Nature's Bounty | Gorgeous Sleep Gummies | 60 | 5 mg Melatonin | 2.5 mg Melatonin | *** |
| 114. | Nature's Bounty | Hair Skin & Nails - Biotin | 80 | 2500 mg Biotin | 1250 mg Biotin | |
| 115. | Nature's Bounty | Hair Skin & Nails - Biotin Caplets | 60 | 3000 mcg Biotin | 1000 mcg Biotin | *** |
| 116. | Nature's Bounty | Hair Skin & Nails - Biotin Gummies | 80 | 6000 mcg Biotin | 3000 mcg Biotin | *** |
| 117. | Nature's Bounty | Hair Skin & Nails - Biotin Jelly Beans | 80 | 6000 mcg Biotin | 3000 mcg Biotin | |

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

| | | | | | | |
|---|---|---|---|---|---|---|
| 118. | Nature's Bounty | Hair Skin & Nails - Biotin Softgels | 150 | 5000 mcg Biotin | 1667 mcg Biotin | *** |
| 119. | Nature's Bounty | Hair Skin & Nails - Collagen Gummies | 80 | 100 mg Collagen | 50 mg Collagen | |
| 120. | Nature's Bounty | Immune 24 Hour + | 50 | 1000 mg Ester-C | 500 mg Ester-C | *** |
| 121. | Nature's Bounty | Mini Fish Oil | 90 | 1290 mg Oil, 900 mg Omega-3 | 645 mg Oil, 450 mg Omega-3 | *** |
| 122. | Nature's Bounty | Probiotic | 60 | 4 billion live cultures | 2 billion live cultures | *** |
| 123. | Nature's Bounty | Sleep Gummies | 60 | 3 mg Melatonin | 1.5 mg Melatonin | *** |
| 124. | Nature's Bounty | Women's Multi Vit. - Gummies | 90 | 50 mg Collagen | 25 mg Collagen | |
| 125. | Nature's Bounty | Women's MultiVit. - Collagen | 80 | 50 mg Collagen | 25 mg Collagen | *** |
| 126. | Nature's Bounty | Zinc Gummies | 70 | 30 mg Zinc | 15 mg Zinc | *** |
| 127. | Nature's Truth | 5-HTP | 50 | 200 mg 5-HTP | 100 mg 5-HTP | *** |
| 128. | Nature's Truth | Absorbable Calcium | 120 | 1200 mg Calcium, 5000 IU Vit. D3 | 600 mg Calcium, 2500 IU Vit. D3 | *** |
| 129. | Nature's Truth | Activated Charcoal | 150 | 780 mg Act. Charcoal | 260 mg Act. Charcoal | *** |
| 130. | Nature's Truth | Advanced Berberine | 60 | 500 mg Berberine | 250 mg Berberine | *** |
| 131. | Nature's Truth | Alpha Lipoic Acid | 60 | 600 mg ALA | 300 mg ALA | *** |
| 132. | Nature's Truth | Apple Cider Vinegar | 60 | 1200 mg ACV | 600 mg ACV | *** |
| 133. | Nature's Truth | Apple Cider Vinegar | 75 | 600 mg ACV | 200 mg ACV | *** |
| 134. | Nature's Truth | Beef Organs | 120 | 3250 mg | 650 mg | *** |
| 135. | Nature's Truth | Black Cumin Seed Oil | 50 | 2000 mg Cumin Seed Oil | 1000 mg Cumin Seed Oil | *** |
| 136. | Nature's Truth | Black Elderberry | 100 | 2000 mg Elderberry | 1000 mg Elderberry | *** |
| 137. | Nature's Truth | Calcium | 120 | 1200 mg Calcium, 5000 IU D3 | 600 mg Calcium, 2500 IU D3 | *** |
| 138. | Nature's Truth | Citicoline | 30 | 1000 mg Citicoline | 500 mg Citicoline | *** |
| 139. | Nature's Truth | Cranberry Concentrate Capsules | 90 | 30000 mg Cranberry | 15000 mg Cranberry | *** |
| 140. | Nature's Truth | Echinacea & Goldenseal | 100 | 1400 mg E & G | 700 mg E & G | *** |
| 141. | Nature's Truth | Ex Str. Melatonin | 70 | 10 mg Melatonin | 5 mg Melatonin | *** |
| 142. | Nature's Truth | Extra Strength D3 | 70 | 2000 IU D3 | 1000 IU D3 | *** |
| 143. | Nature's Truth | Extra Strength Melatonin | 70 | 10 mg Melatonin | 5 mg Melatonin | *** |
| 144. | Nature's Truth | Fish Oil | 60 | 2000 mg Fish Oil, 600 mg Omega-3 | 1000 mg Fish Oil, 300 mg Omega-3 | *** |
| 145. | Nature's Truth | Fish Oil | 125 | 2000 mg Fish Oil, 600 mg Omega-3 | 1000 mg Fish Oil, 300 mg Omega-3 | *** |
| 146. | Nature's Truth | Fish Oil | 90 | 2400 mg Oil, 720 mg Omega-3 | 1200 mg Oil, 360 mg Omega-3 | *** |
| 147. | Nature's Truth | Fish Oil | 250 | 2400 mg Oil, 720 mg Omega-3 | 1200 mg Oil, 360 mg Omega-3 | *** |

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR 97232
P: 503-473-8565
rick@klingbeil-law.com

| | | | | | | |
|---|---|---|---|---|---|---|
| 148. | Nature's Truth | Hair Skin & Nails - Biotin Gummies | 80 | 2500 mg Biotin | 1250 mg Biotin | *** |
| 149. | Nature's Truth | Hair Skin & Nails - Biotin Softgels | 165 | 5000 mg Biotin | 1667 mg Biotin | *** |
| 150. | Nature's Truth | Magnesium | 60 | 200 mg Magnesium | 66.7 mg Magnesium | |
| 151. | Nature's Truth | Odorless Garlic | 120 | 2400 mg Garlic | 1200 mg Garlic | *** |
| 152. | Nature's Truth | Turmeric Curcumin | 60 | 1500 mg | 750 mg | *** |
| 153. | Nature's Truth | Zinc Gummies | 60 | 50 mg Zinc | 17 mg Zinc | *** |
| 154. | Nature's Way | Alive Woman's 50+ | 60 | 75 mg Fruits & Veggies | 37.5 mg Fruits & Veggies | *** |
| 155. | Nature's Way | American Ginseng | 50 | 1100 mg Ginseng | 550 mg Ginseng | |
| 156. | Nature's Way | Eyebright | 100 | 916 mg Eyebright Blend | 458 mg Eyebright Blend | |
| 157. | Nature's Way | Garden Veggies | 60 | 900 mg Garden Veggies | 450 mg Garden Veggies | |
| 158. | Nature's Way | Ginger Root | 180 | 1100 mg Ginger | 550 mg Ginger | |
| 159. | Nature's Way | Glucomannan | 100 | 1995 mg Glucomannan | 665 mg Glucomannan | |
| 160. | Nature's Way | Goldenseal | 50 | 1140 mg Goldenseal | 570 mg Goldenseal | |
| 161. | Nature's Way | Gotu Kola Herb | 100 | 950 mg Gotu Kola | 475 mg Gotu Kola | |
| 162. | Nature's Way | Licorice | 100 | 900 mg Licorice | 450 mg Licorice | |
| 163. | Nature's Way | Nettle Leaf | 100 | 870 mg Nettle Leaf | 435 mg Nettle Leaf | |
| 164. | Nature's Way | Parsley Leaf | 100 | 900 mg Parsley Leaf | 450 mg Parsley Leaf | |
| 165. | Nature's Way | Raspberry Leaf | 100 | 900 mg Raspberry Leaf | 450 mg Raspberry Leaf | |
| 166. | Nature's Way | Siberian Eleuthero | 100 | 1275 mg Eleuthero | 425 mg Siberian Eleuthero | |
| 167. | Nature's Way | Sleep Well - Valerian | 50 | 480 mg Valerian & Lemon | 240 mg Valerian & Lemon | |
| 168. | Nature's Way | Slippery Elm Bark | 100 | 1600 mg Slippery Elm Bk | 400 mg Slippery Elm Bk | |
| 169. | Nature's Way | Spirulina | 100 | 760 mg Spirulina | 380 mg Spirulina | |
| 170. | Nature's Way | St. John's Wort | 100 | 700 mg St. John's Wort | 350 mg St. John's Wort | |
| 171. | Nature's Way | Urinary w/Cranberry | 100 | 1260 mg Fruit Mix | 420 mg Fruit Mix | |
| 172. | Nature's Way | Uva Ursi | 100 | 1440 mg Uva Ursi | 480 mg Uva Ursi | |
| 173. | Physician's Choice | Apple Cider Vinegar | 60 | 1 g ACV | 0.5 g ACV | |
| 174. | Physician's Choice | Ashwagandha | 60 | 1 g Ashwagandha | 0.5 g Ashwagandha | |
| 175. | Rite Aid | Vit. D3 Gummies | 60 | 2000 IU D3 | 1000 IU D3 | |
| 176. | Sundown | B12 Gummies | 50 | 500 mcg B12 | 250 mg B12 | |
| 177. | Sundown | Co Q-10 Gummies | 50 | 200 mg Co Q-10 | 100 mg Co Q-10 | |
| 178. | Sundown | Cranberry Gummies | 75 | 500 mg Cranberry | 100 mg Cranberry | |
| 179. | Sundown | Elderberry Gummies | 90 | 100 mg Elderberry | 50 mg Elderberry | |

**Page 27 -**    FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

| | | | | | | |
|---|---|---|---|---|---|---|
| 180. | Sundown | Melatonin Gummies | 60 | 5 mg Melatonin | 2.5 mg Melatonin | |
| 181. | Sundown | Melatonin Gummies | 150 | 5 mg Melatonin | 2.5 mg Melatonin | |
| 182. | Sundown | Vit. D3 Gummies | 90 | 2000 IU D3 | 1000 IU D3 | |
| 183. | Sundown | Zinc Gummies | 90 | 30 mg Zinc | 15 mg Zinc | |
| 184. | VitaFusion | Apple Cider Vinegar | 60 | 500 mg ACV | 250 mg ACV | |
| 185. | VitaFusion | B12 Gummies | 90 | 3000 mcg B12 | 1500 mcg B12 | *** |
| 186. | VitaFusion | Brain Food | 50 | 125 mg Ashwagandha 100 mg Phosphatidylserine | 62.5 g Ashwagandha, 50 mg Phosphatidylserine | |
| 187. | VitaFusion | Calcium | 100 | 500 mg Calcium | 250 mg Calcium | |
| 188. | VitaFusion | Elderberry | 90 | 225 mg | 75 mg | |
| 189. | VitaFusion | Fiber Well – Fit - Sugar Free | 90 | 4 grams Fiber | 2 grams Fiber | |
| 190. | VitaFusion | Fiber Well – Gummies – Sugar Free | 90 | 5 grams Fiber | 2.5 grams Fiber | *** |
| 191. | VitaFusion | Melatonin | 120 | 5 mg Melatonin | 2.5 mg Melatonin | *** |
| 192. | VitaFusion | Melatonin | 100 | 10 mg Melatonin | 5 mg Melatonin | |
| 193. | VitaFusion | Power Zinc | 90 | 15 mg Zinc | 5 mg Zinc | |
| 194. | VitaFusion | PreNatal | 90 | 50 mg DHA | 25 mg DHA | *** |
| 195. | VitaFusion | Probiotic | 70 | 5 billion CFU | 2.5 billion CFU | *** |
| 196. | VitaFusion | Triple Immune Power | 60 | 10 mg Elderberry | 5 mg Elderberry | |

66.     The PDPs on each of the Accused Products in Tables 1 and 2 violate federal and Oregon law because they are deceptive and misleading, fail to provide an accurate statement of the net quantity of the contents in the Package, and overstate the net quantity of contents in the Package by a factor of two or more. 21 CFR 101.105(a) and (c); ORS 616.250(1), (5)(a)(B).

67.     Rite Aid often displays a price label adjacent to an Accused Product.  These may include the price, type of Dietary Supplement, quantity of active or primary ingredient, and the number of Units. ("Price Labels.") (See Figure 8(a)).

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

**Figure 8(a)**







68.    The Price Labels for many of the Accused Products are consistent with, reinforce, and amplify the misleading and deceptive quantity statements contained on the PDPs.

69.    During the Class Period, Rite Aid maintained a website at www.riteaid.com.  On its website, Rite Aid listed, advertised, and promoted each of the Accused Products through text and graphics ("Website Listing").  The Website Listing for each of the Accused Products restated, reinforced, and amplified the misleading information found on the PDPs through use of graphics, text, and/or the associated URL for the page. See, *Corker v. Costco Wholesale Corp.*, No. C19-0290RSL (W.D. Wash. Nov. 12, 2019) citing *JST Distr., LLC v. CNV.com, Inc.*, C17-6264PSG, 2018 WL 6113092 (C.D. Cal. Mar. 7, 2018).

70.    Figure 8(b) provides an example page for an Accused Product.

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

# Figure 8(b)



71.     During the Class Period, Rite Aid had in place a product and supplier application, acceptance, review, and compliance process. Through that process, Rite Aid controlled, reviewed, approved, rejected, and/or participated in the creation of the labels and PDPs for the Accused Products. See, *Corker, supra*.

72.     The PDPs on each of the Accused Products in Tables 1 and 2 renders them misbranded, and therefore unfit and illegal to sell under federal and Oregon law.

73.     Because misbranded products are illegal to sell, they are worthless. 21 U.S.C. §§ 331(a), 352; *Debernardis v. IQ Form., LLC*, 942 F.3d 1076, 1085 (11th Cir. 2019); *In re Valsartan, Losartan, & Irbesartan Prod. Liab. Litig.*, 2021 WL 222776, at *16 (D.N.J. Jan. 22,

**Page 30 -**     FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

2021).

74.     Plaintiff and all Oregon purchasers of Accused Products within the Class Period purchased worthless and illegally sold products. Each suffered actual and ascertainable damages in the amount of their purchase price.

**D.     Accused Products from Table 1**

    **a.     Example product: Emergen-C - Immune Support - 500 mg Vitamin C**

75.     Figure 9 is representative of Accused Products from Table 1. The net quantity of Dietary Supplement shown by the PDP on the bottle in Figure 9 is false and misleading.

## Figure 9



76.     The PDP in for the Emergen-C Gummies falsely represents that the bottle holds

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

45 gummies that each contain 750 mgs of Vitamin C. The Supplement Facts panel on the reverse side of the bottle reveals that the 750 mg figure on the PDP is misleading. That statement of quantity is based on a Serving Size of *three* gummies.

77.     The bottle actually contains 45 individual gummies that each contain 250 mg of Vitamin C. Three gummies must be consumed to obtain the 750 mg quantity shown on the PDP.

78.     The bottle contains only one-third the amount of Vitamin C stated on the PDP. A consumer viewing this PDP would reasonably conclude that they were purchasing 45 gummies that each contain 750 mg of Vitamin C, for a total of 33,750 mg of Vitamin C. Instead, they receive 45 gummies that contain 250 mg of Vitamin C, for a total of 11,250 mg of Vitamin C.

79.     The PDP for the Emergen-C, similar to each of the Accused Products in this case, is misleading, deceptive, and violates Oregon and federal law. Each Accused Product is misbranded because its PDP fails to accurately "bear a declaration of the net quantity of contents" in the Package and fails to "inform[ ] consumers of the amount of dietary supplement that is in the container or package." 21 CFR 101.105(a) and (c); ORS 616.250(1), (5)(a)(B).

**b.     Example product: GNC Triple Strength Fish Oil Mini**

80.     Figure 10 is also representative of Accused Products listed in Table 1. The net quantity of Dietary Supplement shown by the PDP on the bottle in Figure 10 is false and misleading.

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

Figure 10



81.     The PDP for the GNC Fish Oil falsely represents that the bottle holds 120 mini softgels that each contain 1000 mgs of EPA/DHA Omega-3. The Supplement Facts panel on the reverse side of the bottle reveals that the 1000 mg figure on the PDP is misleading and based on a Serving Size of two mini softgels.

82.     The bottle actually contains 120 mini softgels that each contain 500 mg EPA/DHA Omega-3. Two mini softgels must be consumed to obtain the 1000 mg quantity shown on the PDP.

83.     Instead of 120 mini softgels of 1000 mg of EPA/DHA Omega-3 for a total of 120,000 mg claimed by the PDP, the purchaser instead receives 120 mini softgels with 500 mg of EPA/DHA Omega-3 for a total of 60,000 mg. The bottle contains only one-half the amount of EPA/DHA Omega-3 stated on the PDP.

**Page 33 -**     FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

84.     A consumer viewing this Accused Product would reasonably conclude that they were purchasing 120 mini softgels that each contain 1000 mg of EPA/DHA Omega-3, and not 120 mini softgels containing 500 mg of EPA/DHA Omega-3.

85.     The PDP for the GNC Fish Oil, similar to each of the Accused Products in this case, is misleading, deceptive, and violates Oregon and federal law.  Each Accused Product is misbranded because its PDP fails to accurately "bear a declaration of the net quantity of contents" in the Package and fails to "inform[ ] consumers of the amount of dietary supplement that is in the container or package." 21 CFR 101.105(a) and (c); ORS 616.250(1), (5)(a)(B).

**c.      Example product: Rite Aid Super Magnesium, 400 mg**

**1.      Misleading PDP – stated quantity based on multiple Unit serving**

86.     Figure 11 is also representative of Accused Products from Table 1. The net quantity of Dietary Supplement shown by the PDP on the bottle in Figure 11 is false and

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

## Figure 11



misleading.

87.    The PDP in for the Rite Aid Super Magnesium falsely represents that the bottle holds 100 tablets that each contain 400 mgs of Magnesium. The Supplement Facts panel on the reverse side of the bottle reveals that the 400 mg figure on the PDP is based on a Serving Size of two tablets.

88.    Two tablets must be consumed to obtain the 400 mg quantity shown on the PDP.

89.    Instead of 100 tablets that each contain 400 mg of Magnesium, for a total of 40,000 mg claimed by the PDP, the purchaser instead receives 100 tablets with 200 mg of Magnesium for a total of 20,000 mg. The bottle contains only one-half the amount of

**Page 35 -**    FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

Magnesium stated on the PDP.

90.     A consumer viewing this PDP would reasonably conclude that they were purchasing 100 tablets each contain 400 mg of Magnesium, and not 100 tablets containing 200 mg of Magnesium.

91.     The PDP for the Rite Aid Magnesium, as with each of the Accused Products in this case, is misleading, deceptive, and violates Oregon and federal law. Each Accused Product is misbranded because its PDP fails to accurately "bear a declaration of the net quantity of contents" in the Package and fails to "inform[ ] consumers of the amount of dietary supplement that is in the container or package." 21 CFR 101.105(a) and (c); ORS 616.250(1), (5)(a)(B).

### 2.     Misleading Price Labels

92.     At Oregon Rite Aid stores, a Price Label for the Rite Aid Magnesium product is attached to the shelf adjacent to and below the Package. This Price Label is representative of other misleading Price Labels placed adjacent to many of the other Accused Products. The misrepresentations and omissions on the Price Label are consistent with, and further reinforce the misleading representations and omissions on the PDP.

93.     Figure 8 above and Figure 12 below shows examples of misleading Price Labels.

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

# Figure 12



94.    A consumer viewing this Price Label would reasonably conclude that they were purchasing 100 tablets that each contain 400 mg of Magnesium and not 100 tablets that each contain 200 mg of Magnesium, the actual amount of Magnesium per tablet.

**E.    Accused Products from Table 2 – Multi-Unit Servings with inadequate "Per Serving" language**

**a.    Example product: Nature's Bounty - Hair Skin & Nails Gummies – 100 mg Collagen**

**1.    Misleading PDP – quantity based on multiple Unit Serving Size.**

95.    Figure 13 is an example of an Accused Product with a PDP representative of each Accused Product listed in Table 2, above.

**Page 37 -**    FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

Figure 13



96.    The PDP in Figure 13 is deceptive and violates Oregon and federal law because it fails to "bear a declaration of the net quantity of contents" in the Package and the PDP fails to "inform[ ] consumers of the amount of dietary supplement that is in the container or package." 21 CFR 101.105(a) and (c); ORS 616.250(1), (5)(a)(B).

97.    The PDP fails to state the number of servings within the Package, the number of Units in a "serving," or the Serving Size.  It is impossible to study the PDP and accurately determine the net quantity of Dietary Supplement within the Package.

98.    Absent additional disclosure, a reasonable consumer is led to believe that the bottle contains 80 gummies containing 100 mg of collagen for a total of 8,000 mg of collagen.

99.    If the PDP disclosed that the stated quantity was "per two gummies," or "per

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

serving size of two gummies," or that the Package "contains 40 servings" then a consumer could readily determine that the Package provided (100 milligrams per serving / 2 gummies per serving) * 80 gummies = 4,000 mg of collagen.

100. The PDP for the Nature's Bounty - Hair Skin & Nails, as with each of the Accused Products in this case is misleading, deceptive, and violates Oregon and federal law. Each Accused Product in Table 2 is misbranded because its PDP fails to accurately "bear a declaration of the net quantity of contents" in the Package and fails to "inform[ ] consumers of the amount of dietary supplement that is in the container or package." 21 CFR 101.105(a) and (c); ORS 616.250(1), (5)(a)(B).

### 2. "Per Serving" text on PDP is not conspicuous.

101. In the event that the "per serving" language in Figure 13 provides any degree of compliance with Oregon or federal law, the text is in a font that is inconspicuous by virtue of its size, placement, design, and colors. Each of the Accused Products listed in Table 2 marked with "***" suffers from the same deficiency.

102. The inconspicuous nature of the "per serving" text violates ORS 616.250(6), and 21 CFR 101.7(f), (h), and (i), which renders any potentially beneficial effect of the statement ineffective.

### F.    All Misbranded Products

103. Exhibits 1 through 74 and 100 through 221, attached to the end of this Complaint, show for each Accused Product (to the extent the information exists and is currently available to Plaintiff): (1) the Package's PDP; (2) the Supplement Facts panel; and (3) where relevant, the Price Label and Website information.

104. After discovery in this case, Plaintiff anticipates amending this Complaint to add

**Page 39 -**    FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

additional information for the listed Accused Products related to Price Labels and Website Information, and to add any newly discovered Accused Products.

**a.    The PDPs in each of the Accused Products misled Plaintiff and Class Members.**

105.    The PDPs for each of the Accused Products fail to disclose that the stated amount of Dietary Supplement is intended to be "per serving" of more than one Unit, or "per X Units." The PDPs also fail to disclose the total number of servings in the Package.

106.    The PDPs for each Accused Product fail to "bear a declaration of the net quantity of contents," fail to provide "an accurate declaration of the quantity of contents," fail to "inform[ ] consumers of the amount of dietary supplement that is in the container or package," or "express an accurate statement of the quantity of contents of the container" as required under Oregon and federal law. 21 CFR 101.105(a) and (c); ORS 616.250(1), (5)(a)(B).

107.    The PDP for each Accused Product is false and misleading.

108.    The Package and PDP for each Accused Product materially misrepresents the quantity and characteristics of the contents of each of the Accused Products, creating consumer confusion and misleading consumers into believing they were receiving significantly more Dietary Supplement than actually exists in the Packages.

109.    In its stores, Rite Aid typically shelves Dietary Supplements, including the Accused Products, so that the PDP of each Package is oriented to face the consumer.

110.    Rite Aid also groups the same or similar types of Dietary Supplements near each other on its shelves.

111.    This is done in part to encourage consumers to use the information on the PDPs and Price Labels to compare quantities, prices, and unit prices of Dietary Supplements.

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

112.     When placed adjacent to Dietary Supplements with accurate PDPs and Price Labels, the Accused Products mislead consumers, overstate the quantity - and therefore value - of the Accused Product, and thwart efforts to effectively comparison shop.

**b.     Rite Aid intended to mislead Plaintiff and Class Members.**

113.     Rite Aid's conduct with respect to the Accused Products was purposefully and intentionally misleading.

114.     Rite Aid was a defendant in the *Silva* case. There, class representatives and a putative class alleged violations and misconduct identical to that now alleged, relied on the same FDA and Oregon laws and regulations, and provided a detailed complaint describing the basis for the allegations and violations.

115.     Rite Aid's conduct in the *Silva* litigation showed that it was familiar with the FDA and Oregon rules and regulations regarding Dietary Supplement labeling, and that Rite Aid knew that that certain products sold within its Oregon stores were alleged to violate Oregon and federal law.

116.     At all times during the Class Period, Rite Aid knew or should have known, or possessed inquiry notice that the PDPs on the Accused Products it selected to sell in its Oregon stores violated Oregon and federal law.

117.     Rite Aid knew or should have known that the PDPs on the Accused Products created a substantial likelihood of misleading consumers regarding the total amount of Dietary Supplement per Unit, and total amount of Dietary Supplement within the Package.

## V.     INDIVIDUAL ALLEGATIONS

**A.     Plaintiff Simon purchased Accused Products.**

118.     Plaintiff has at various times within the Class Period purchased Accused Products

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

from Rite Aid stores within Oregon.

119.    On January 18, 2023 Plaintiff shopped at the Rite Aid store #05375 located at 57 West 29th, Eugene, Oregon. His purchases on that date were not made under either a Rite Aid Wellness Rewards Program, or the Rite Aid "My Pharmacy" program.

120.    While there, he purchased fifteen different Dietary Supplements, including the following four Accused Products:

    a.  Sundown "Complete Omega," 3000 mg, 1400 mg total Omegas, 90 softgels;

    b.  Rite Aid "Super Magnesium," 400 mg, 100 tablets;

    c.  Citracal "Slow Release 1200," 1200 mg Calcium, 1000 IU Vitamin D3, 80 tablets;

    d.  New Vitality, "Super Beta Prostate," 250 mg Beta-Sitosterol, 20 mcg Vitamin D.

121.    During the Class Period, Plaintiff also purchased of one or more Accused Products under either a Rite Aid Wellness Rewards Program, or the Rite Aid "My Pharmacy" program.

122.    During the Class Period, Plaintiff purchased of one or more Accused Products from Table 1 and Table 2.  His purchases of both have sometimes been under either the Rite Aid Wellness Rewards Program or the Rite Aid "My Pharmacy" program, while some purchases were not.

123.    At the time of his purchases, Plaintiff did not know, nor did he have reason to know or suspect that the labeling on Packages of the Accused Products was inaccurate, deceptive, or misleading in any way.

124.    After discovering the inaccurate, deceptive, or misleading PDPs on the Accused

**Page 42 -**    FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

Products, Plaintiff discontinued purchasing those Dietary Supplements from Rite Aid.

125.    Plaintiff would not have purchased any of the Accused Products if he had known

the PDPs misrepresented the quantity of Dietary Supplement within the Package.

## VI.   CLASS ALLEGATIONS

**A.     Class definition**

126.    Plaintiff brings this case individually and on behalf of all similarly situated Class

Members who purchased one or more Accused Products at a Rite Aid store in Oregon within

the Class Period, or members of any class or subclass that the Court may determine appropriate

for class certification and treatment pursuant to ORCP 32.

127.    The Class Period is defined as the period between March 16, 2018 until the date

of trial in this case.

128.    The statute of limitations and Class Period in this case are subject to Oregon's

discovery rule.

129.    The classes of persons Plaintiff seeks to represent are defined as:

**First Subclass:**

All persons who purchased one or more Accused Products from a Rite Aid store
in Oregon during the Class Period and whose purchase was not made under the
Rite Aid "Wellness Rewards Program", the Rite Aid "My Pharmacy" program, or
any similar membership or discount program.

**Second Subclass:**

All persons who purchased one or more Accused Products from a Rite Aid store
in Oregon during the Class Period and whose purchase was made under the Rite
Aid "Wellness Rewards Program", the Rite Aid "My Pharmacy" program, or any
similar membership or discount program.

130.    Excluded are: (a) Defendant, persons, firms, trusts, corporations, officers,

directors, or other individuals or entities in which Defendant has a controlling interest or which

is related to or affiliated with Defendant, and any current employees of Defendant; (b) all

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

persons who make a timely election to be excluded from the proposed Class; (c) the judge(s) to whom this case is assigned and any immediate family members thereof; and (d) the legal representatives, heirs, successors-in-interest or assigns of any excluded party.

**B.    The claims are appropriate for class-wide certification in Oregon.**

131.    Plaintiff's claims are appropriate for class-wide certification and treatment within Oregon. As Class Representative Plaintiff can prove the elements of his claims on a class-wide basis using the same evidence as would be used to prove those elements in individual actions alleging the same claims.

132.    Rite Aid's misrepresentations and deceptions were through explicit misrepresentations and/or omissions of material fact contained on the PDPs of the Accused Products, representations contained on Price Labels for the Accused Products, and/or representations on the Rite Aid website related to the Accused Products.

133.    Through their purchases each Class Member was exposed to the PDPs on the Accused Products at issue.

134.    The misrepresentations, omissions, and non-complying nature of the PDPs on the Accused Products were unknown to Plaintiff and Class Members at the time of their purchases.

135.    The facts withheld and/or omitted by Rite Aid are material because a reasonable consumer would have considered them important in deciding whether to purchase a Dietary Supplement. The claims are therefore appropriate for class wide determination under *Affiliated Ute Citizens of Utah v. U.S.,* 406 U.S. 128 at 153–54 (1972).

**i.    Numerosity**

136.    Members of the Class are so numerous that joinder of all members individually into one action is impractical. On information and belief, there are substantially more than 5,000

**Page 44 -    FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT**

Class Members.

**ii.    Commonality and Predominance**

137.    Common questions of law and fact are shared by Plaintiff and Class and Subclass

Members that predominate over any individual issues.

138.    Common issues of law and fact include:

a.    After the *Silva v. Rite Aid* case, was Rite Aid subject to inquiry notice that

the PDPs on Accused Products sold within its Oregon stores during the

Class Period violated Oregon and federal law and were misleading?

b.    Did Rite Aid know or should it have known that the PDPs on Accused

Products sold within its Oregon stores during the Class Period were

misleading?

c.    Did Rite Aid know or should it have known that the PDPs on Accused

Products sold within its Oregon stores violated federal FDA requirements

and Oregon law?

d.    Did Rite Aid represent that goods it sold had characteristics, ingredients,

*** quantities, or qualities that they did not have in violation of Oregon's

Unlawful Trade Practices Act ("UTPA"), ORS 646.608(1)(e)?

e.    Did Rite Aid make a false or misleading representation of fact concerning

the offering price of, or the cost for goods in violation of ORS

646.608(1)(s)?

f.    Did Rite Aid engage in unfair or deceptive conduct in trade or commerce

in violation of ORS 646.608(1)(u)?

g.    Were Rite Aid's violations of the UTPA made knowingly or recklessly?

**Page 45 -**    FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

h.        Did Plaintiff and Class Members sustain an ascertainable loss of money or property because of Rite Aid's misconduct?

i.        What statute of limitations applies to the UTPA claims?

j.        Does the discovery rule apply to the UTPA claims?

k.        Does Rite Aid's misconduct support statutory damages of $200 per each sale of Accused Product in violation of the UTPA?

l.        What is the proper measure of damages, costs, and attorney fees under the UTPA?

m.        Are exemplary or punitive damages appropriate to address Rite Aid's repeated misconduct and knowing or reckless violations of Oregon and federal law?

n.        Does Rite Aid's conduct constitute intentional misrepresentation?

o.        Does the omission of information which Rite Aid had a duty under law to disclose on the PDPs for the Accused Products support a determination of class-wide reliance under *Affiliated Ute Citizens of Utah v. U.S.,* 406 U.S. 128 (1972)?

p.        What is the appropriate measure of damages for the intentional misrepresentation claim?

q.        What statute of limitations applies to the intentional misrepresentation claim?

r.        Was Rite Aid unjustly enriched by its misconduct in a way that caused harm and is actionable under law?

s.        What is the statute of limitation for the unjust enrichment claim?

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR 97232
P: 503-473-8565
rick@klingbeil-law.com

t.    What is the appropriate measure of damages for the unjust enrichment

claim?

u.    Is the Class entitled to equitable relief?

v.    What equitable relief is appropriate?

w.    What is the proper measure of attorney fees and costs?

### iii.    Typicality

139.    Each of Plaintiff's claims are typical of the claims of the Class and Subclasses he seeks to represent.

140.    Each claim arises from the same type events, practices, and course of misconduct by Rite Aid — the labeling, marketing, and sales of Accused Products in its Oregon stores. Standardized misrepresentations through affirmative statements and/or omission of material facts were made to each Class and Subclass Member through the PDPs on each Package of Accused Product.

141.    Rite Aid's misrepresentations or omissions on the PDPs, "the part of a label that is most likely to be displayed, presented, shown, or examined under customary conditions of display for retail sale," and its violations of relevant Oregon and federal law were so all-encompassing and material that each Class and Subclass Member is deemed to have relied upon them.

### iv.    Plaintiff's Qualification to Serve as Class Representative

142.    Plaintiff's claims are appropriate for class-wide certification and treatment. As Class Representative, Plaintiff can prove the elements of his claims on a class-wide basis using the same evidence as would be used to prove those elements in individual actions alleging the same claims.

**Page 47 -**    FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

143.    Rite Aid's unlawful conduct was through explicit misrepresentation or omission of material and required facts and disclosures on the PDP, the falsity and/or absence of which were unknown to Plaintiff and Class Members, and which Rite Aid had a duty to disclose under 21 CFR 101.105 and Oregon law.  The claims are therefore appropriate for class-wide determination under *Affiliated Ute Citizens of Utah v. U.S.,* 406 U.S. 128 at 153–54 (1972).

144.    Plaintiff  is willing and prepared to serve the Court as representative for the Class and Subclasses, including all of the required material obligations and duties. Plaintiff will fairly and adequately represent and protect the interests of the Class and Subclasses and has no interests adverse to or which directly or irrevocably conflict with the other members of the Class or Subclasses. Plaintiff's self-interests are co-extensive with, and not antagonistic to the interests of the absent Class and Subclass Members.

### v.    Adequacy of Class Counsel

145.    Plaintiff has engaged the services of the law firm of Rick Klingbeil, PC, from Portland, Oregon ("RKPC").

146.    Lead attorney Rick Klingbeil has 30 years of experience in litigation, complex litigation, and class action cases. RKPC will protect the rights of and otherwise effectively represent the named Class Representative and absent Class and Subclass Members. RKPC was one of the firms representing the Class Representatives and Class Members in the successful resolution of the *Silva v. Rite Aid* involving almost identical claims and issues. RKPC was also one of the firms who represented Class Representatives and Class Members in *Walters v. Vitamin Shoppe*, 3:14-cv-01173-JR; Ninth Circuit Court of Appeals No. 15-35592 (701 Fed.Appx. 667 (9th Cir. 2017)).

147.    On appeal before the Ninth Circuit Court of Appeals, RKPC and co-counsel

**Page 48 -**    FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

successfully overturned the trial court's dismissal of the *Walters* case, and then successfully resolved the case through settlement.

148.     RKPC and Rick Klingbeil have also litigated other class action and mass tort cases including *Mitchell v. Chicago Pneumatic,* 3:94-cv-01230-RE; *Shea v. Chicago Pneumatic Tool Co.*, 164 Or App 198 (1999) *rev den*, 330 Or 252 (2000); *Hathaway v. B. & J. Property Investments, Inc.*, Marion County, Oregon, Case No. 13C14321; *Dobson v. Arco*, Mult. Co. #05-04969 (2005)); *In Re Google Streetview Litigation,* 5:10-md-02184-JW, (USDC ND Cal.) (participated in motion drafting, matters related to MDL certification, preservation of evidence issues, and other aspects of litigation); *Brunelle et al. v. My Pillow, Inc,* 3:16-cv-02007-YY; *Anderson et al. v. Lane Electric Cooperative, Inc. et al.,* Lane Cty. No. 21CV21063, (mass tort based on 2020 Oregon wildfires); *Arian v. Lane Electric Cooperative, Inc., et al*., Lane Cty. No. 22CV30162 (mass tort based on 2020 Oregon wildfires); *Conner v. Lane Electric Co-op et al.,* Lane Cty. No. 21CV21063 ( mass tort based on 2020 Oregon wildfires).  RKPC and Rick Klingbeil have regularly handled litigation involving ORS §646.608 and similar consumer protection statutes in other states.

### vi.     Superiority

149.     A Class Action is superior to all other available methods for the fair and efficient adjudication of this controversy because, without limitation: joinder of all parties is impracticable; the operative facts relating to Plaintiff and Class and Subclass Members are the same; the damages suffered by each Class and Subclass Member are relatively small; the expense and burden of individual litigation makes it inefficient and ineffective for Class and Subclass Members to individually redress the wrongs done to them; and proceeding as a class action will resolve thousands of claims in a manner that is fair to Rite Aid and Class and

**Page 49 -**     FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

Subclass Members. There will be no difficulty in the management of this case as a class action.

150.    The prosecution of separate actions by individual Class and Subclass Members would create a risk of inconsistent or varying adjudications with respect to individual Class Members, which would establish incompatible standards of conduct for Rite Aid. Rite Aid has acted on grounds that apply generally to the Class and Subclasses making relief appropriate to the Class and Subclasses as a whole.

### vii.    Manageability - Notice

151.    The Class and Subclass Members purchased Accused Products at Oregon Rite Aid retail stores.

152.    Class and Subclass Members may be notified of the pendency of this action by several means, including direct contact through email or U.S. mail, posted notice at Rite Aid's retail stores, Rite Aid marketing material, on its websites and social media related to its businesses, and through contact information collected by Rite Aid through its "Wellness", "My Pharmacy", or other membership or rewards programs.

153.    If deemed necessary or appropriate by the Court, notice to Class and Subclass Members may be provided or supplemented through published notice within the state of Oregon.

### viii.    Manageability – Claim Verification

154.    The nature of the purchase transactions allows an efficient and direct method of verifying Class Members' claims. Records exist for purchases made through the Rite Aid "Wellness", "My Pharmacy", and other membership or rewards programs. Individuals may also prove their claims through receipts, product Packages, debit or credit card transaction records, production of a paper receipt from purchases, or sworn statement.

**Page 50 -**    FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

## VII.   CLASS CLAIMS FOR RELIEF

## FIRST CLAIM FOR RELIEF

## (ORS §646.608 - Unlawful Trade Practices Act)

155.     On behalf of himself and all Class and Subclass Members, Plaintiff realleges each of the preceding paragraphs in sections I. though VI., and further alleges:

156.     By engaging in the misconduct and practices described above, Rite Aid violated and continues to violate the Oregon Unlawful Trade Practices Act, ORS §646.608 in one or more of the following ways:

a.      it represented that goods have characteristics, ingredients, quantities, or qualities that they do not have, in violation of ORS §646.608(1)(e);

b.      it made false or misleading representations of fact concerning the offering price of, or the person's cost for goods, in violation of ORS §646.608(1)(s);

c.      it failed to disclose any known material defect or material nonconformity concurrent with delivery of goods, in violation of ORS §646.608(1)(t);

d.      it engaged in unfair or deceptive conduct in trade or commerce proscribed by rules established and adopted by the Oregon Attorney General, in violation of ORS §646.608(1)(u).

The Oregon Attorney General has adopted the FDA's requirements for food and supplement labeling and misbranding applicable to Rite Aid's misconduct.  OAR 603-025-0190 states:

"rules governing food identity, *** and labeling of or in food adopted by the Food and Drug Administration of the U.S. Department of Health and Human Services, are hereby

**Page 51 -**     FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

adopted as the rules governing this subject matter in Oregon. *** The adopted federal programs and standards are those set forth in the 2015 version, Title 21, Chapter 1, Parts 1, 7, 70, 73, 74, 81, 82 and 100 through 199, of the Code of Federal Regulations."

Rite Aid violated the labeling requirements set forth in 21 CFR Ch. 1, Part 101.105(1) because it offered for sale and sold Dietary Supplements whose PDPs did not contain an accurate statement of the net quantity of Dietary Supplement within the Package. Violation of 21 CFR Ch. 1, Part 101.105(1) constitutes an unfair or deceptive conduct in trade or commerce proscribed by rules established by the Oregon Attorney General, in violation of ORS §646.608(1)(u).

157.    Rite Aid was previously sued for similar misconduct and violations of Oregon and federal law in *Silva v. Rite Aid*, *supra*.

158.    Rite Aid's violations of the UTPA within the Class Period were the result of a reckless or knowing use or employment of a method, act, or practice declared unlawful by ORS §646.608(1)(e), (s), or (u).

159.    Plaintiff and Class and Subclass Members have sustained an ascertainable loss of money or property as a result of Rite Aid's violations and misconduct.

160.    Plaintiff and Class and Subclass Members are entitled to statutory damages of $200 per violation pursuant to ORS 646.638(8)(a).

161.    Plaintiff and Class and Subclass Members are entitled to prejudgment interest on any damages awarded.

162.    Plaintiff and Class and Subclass Members seek attorney fees and costs incurred

**Page 52 -**    FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

pursuant to ORS 646.638(3).

## SECOND CLAIM FOR RELIEF

## (Intentional Misrepresentation - Oregon Law)

163.    On behalf of himself and Class and Subclass Members, Plaintiff realleges each of the preceding paragraphs in Sections I. through VI., and further alleges:

164.    The representations and/or omissions made by the PDPs on each Accused Product sold by Rite Aid during the Class Period relating to: (1) the quantity of Dietary Supplement in each Unit in the Package, and/or (2) the total quantity of the Dietary Supplement within the Package, were false and material.

165.    The PDP on each Accused Product: (1) failed to disclose that the stated quantity of Dietary Supplement was the amount "per serving of X units," "per x units," or similar, and not a "per Unit" measure; (2) failed to accurately represent the amount of Dietary Supplement per each Unit on the PDP; and/or (3) failed to accurately state total quantity of Dietary Supplement within the Package.

166.    Rite Aid further misrepresented the amount of Dietary Supplement in several Accused Products through false and misleading Price Labels and text and graphics contained on its website, www.riteaid.com.

167.    Rite Aid knew or reasonably should have known that these misrepresentations and/or omissions caused the PDPs on the Accused Products to be false and misleading to a reasonable consumer.

168.    Rite Aid's misrepresentations and/or omissions were material because: (1) they concern facts and information required to be accurately presented on the PDPs under Oregon and federal law; (2) they relate to the quantity and characteristics of the Dietary Supplement in

**Page 53 -**    FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR 97232
P: 503-473-8565
rick@klingbeil-law.com

the Package; (3) the information forms the basis for comparison shopping by potential purchasers; (4) the information relates directly to the value of the Package of Dietary Supplement; and (5) the misleading Packages and PDPs create a risk that a purchaser will consume less of the Dietary Supplement than intended or prescribed.

169.    After receiving service of the *Silva* complaint on February 16, 2018, Rite Aid knew these types of misrepresentations and omissions on the PDPs for Dietary Supplements sold within its Oregon stores were false or misleading.

170.    The misrepresentations or omissions were made with the intent that Plaintiff and Class and Subclass Members rely upon them when purchasing the Accused Products, or, alternatively, with the intent that Plaintiff and Class and Subclass Members not learn of the material terms and information omitted from the PDPs which, through their absence, caused the representations to be false or misleading.

171.    Plaintiff and Class and Subclass Members did not know of the falsity created by the misrepresentations and did not know or have reason to know of the facts omitted from the PDPs, and therefore are deemed to have justifiably relied upon the false representations or omissions when reviewing the PDPs and purchasing the Accused Products.

172.    Plaintiff and Class Members had a right to rely upon the misrepresentations or the misrepresentations created by the omissions found on the PDPs of each Accused Product.

173.    Plaintiff and Class and Subclass Members were damaged and suffered an ascertainable loss of money or property because of the misrepresentations and/or omissions when they purchased the Accused Products in reliance on the PDPs, Price Labels, and website representations, and received substantially less Dietary Supplement than represented by the PDPs.

**Page 54 -**    FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

174.     Plaintiff and Class and Subclass Members seek damages equal to the amount paid for each Accused Product, or alternatively, the difference between the amount paid and the actual value of the each Accused Product.

## THIRD CLAIM FOR RELIEF

### (Unjust Enrichment)

175.     On behalf of himself and the members of the Class and Subclasses, Plaintiff realleges each of the paragraphs in Sections I. through VI. above, and further alleges:

176.     Rite Aid has been unjustly enriched as a result of the above-described conduct.

177.     Specifically, Rite Aid has provided Plaintiff and Class and Subclass Members with half or less than half of the quantity of Dietary Supplement that is represented on the PDP of each Accused Products, adjacent Price Labels, and through the Rite Aid website.

178.     Rite Aid has received a benefit in the form of payment for Accused Products that contained half or less than half of the ingredients shown on the PDP. Rite Aid retained these payments.

179.     Rite Aid was unjustly enriched in an amount equal to the amount paid for each Accused Product, or alternatively, the difference between the amount paid and the actual value of the each Accused Product.

180.     Retention of these amounts received by Rite Aid would be unjust and inequitable.

181.     Rite Aid's unjust enrichment came at the expense of Plaintiff and Class and Subclass Members.

182.     Plaintiff and Class and Subclass Members seek restitution of the amount paid for each Accused Product, or alternatively, the difference between the amount paid and the actual value of the each Accused Product.

**Page 55 -**     FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

## VIII.   REQUEST FOR RELIEF

Plaintiff seeks the following relief for himself and all Class and Subclass Members:

**A.    Case Management**

An Order from this Court:

1.      Certifying this action as a class action as set forth above, or as subclasses, or an issue class as otherwise deemed appropriate by the Court pursuant to a Motion to Certify Class Action to be filed by Plaintiff;

2.      Appointing Plaintiff Jason Lewis Simon as Class Representative;

3.      Approving the law firm of Rick Klingbeil, P.C. and attorney Rick Klingbeil as class counsel for the Class and Subclasses, or any issue class.

4.      Granting a trial by jury for all issues so triable.

**B.    Monetary Damages / Restitution**

 Plaintiff and the Class and Subclasses seek the following monetary damages and restitution:

1.      **First Claim for Relief** -  ORS §646.608 - Unlawful Trade Practices Act

    a.      Statutory damages in the amount of $200 for each sale of an Accused Product;

    b.      Prejudgment interest;

    c.      Attorney fees;

    d.      Costs and disbursements incurred in bringing this claim.

2.      **Second Claim for Relief** – Intentional Misrepresentation

**Page 56 -**    FIRST AMENDED CLASS ACTION ALLEGATION COMPLAINT

      a.      The amount paid for each Accused Product, or alternatively, the difference between the amount paid and the actual value of the each Accused Product;

      b.      Prejudgment interest;

      c.      Costs and disbursements incurred in bringing this claim.

3.      **Third Claim for Relief** – Unjust Enrichment

      a.      Restitution in the amount paid for each Accused Product, or alternatively, the difference between the amount paid and the actual value of the each Accused Product;

      b.      Prejudgment interest;

      c.      Costs and disbursements incurred in bringing this claim.

**Dated:** July 19, 2023.

/s/ Rick Klingbeil

_____

Rick Klingbeil
OSB #933326

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

# Exhibit 1



**Supplement Facts**
Serving Size: 2 Mini Tablets
Servings per Container: 75

|  | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin D3 | 800 IU | 200% |
| Calcium | 600 mg | 60% |
| Magnesium | 50 mg | 13% |
| Zinc | 7.5 mg | 50% |
| Copper | 1 mg | 50% |
| Manganese | 1.8 mg | 90% |

*Other Ingredients: Calcium carbonate, pregelatinized corn starch, magnesium oxide, maltodextrin, microcrystalline cellulose. Contains <2% of: Blue 2 lake, cholecalciferol (vit. D3), croscarmellose sodium, cupric sulfate, magnesium stearate, manganese sulfate, polyethylene glycol, polyvinyl alcohol, red 40 lake, sodium borate, talc, titanium dioxide, tocopherols (to preserve freshness), yellow 6 lake, zinc oxide.*

## Warnings

Do not exceed suggested use.
As with any supplement, if you are pregnant, nursing, or taking medication, consult your doctor before use.

The product you receive may contain additional details or differ from what is shown on this page, or the product may have additional information revealed by partially peeling back the label. We recommend you reference the complete information included with your product before consumption and do not rely solely on the details shown on this page. For more information, please see our full disclaimer.

# Exhibit 2



**Directions:** Adults and children 12 years of age and older: Take 1 serving (2 caplets) once daily in the morning with food or as recommended by your health professional. Take with a full glass of water in an upright position.

## Supplement Facts

Serving Size: 2 Caplets
Servings Per Container: 40

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Total Sugars | 0 g | ** |
| Includes 0g Added Sugars | | 0%* |
| Sugar Alcohol | 0 g | ** |
| Vitamin D | 25 mcg (1000 IU) | 125% |
| Calcium | 1200 mg | 92% |
| Magnesium | 80 mg | 19% |
| Sodium | 5 mg | < 1% |

*Percent Daily Values are based on a 2,000 calorie diet.
**Daily Value not established.

**Ingredients:** Calcium Carbonate, Calcium Citrate, Magnesium Hydroxide, Hydroxypropyl Methylcellulose, Acacia, Croscarmellose Sodium, Vitamin $D_3$ (Cholecalciferol), Talc, Titanium Dioxide (color), Propylene Glycol Dicaprylate/Dicaprate, Magnesium Stearate, Oligofructose Enriched Inulin.

Elderly patients, adolescent users, or those with difficulty swallowing are recommended to consult a health professional prior to use.
KEEP OUT OF REACH OF CHILDREN
If pregnant, breast-feeding, taking medication, or have any medical condition ask a health professional before use.
Not for children under 12 years of age
Due to the sustained release nature of this product, you should seek advice from your pharmacist about use with certain prescription medications.
Do not exceed recommended intake
Do not use if printed foil seal is torn or missing.
Store at room temperature. Avoid excessive heat.
**Questions?** 1-866-511-9328
Dist. by: Bayer HealthCare LLC
Whippany, NJ 07981

C00011805    50400R1121    **Bayer**

Discard Seal, Empty & Replace Cap
PAPER BOX    PLASTIC BOTTLE
how2recycle.info
US ONLY

# Exhibit 3



## Supplement Facts

Serving Size: 2 caplets
Servings Per Container: 40

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Vitamin D | 1000 IU | 250% |
| Calcium (elemental) | 1200 mg | 120% |
| Magnesium | 80 mg | 20% |
| Sodium | 5 mg | < 1% |

# Exhibit 4




# Exhibit 5





# Exhibit 6



## Supplement Facts

Serving Size 2 Chewable Tablets
Servings Per Container 20

| Amount Per Serving | | % Daily Value |
|---|---|---|
| Calories | 25 | |
| Total Carbohydrate | 5 g | 2%† |
| Total Sugars | 4 g | * |
| Includes 4 g Added Sugars | | 8%† |
| Vitamin C (as ascorbic acid, sodium ascorbate) | 1,000 mg | 1,111% |
| Vitamin E (as DL-alpha tocopheryl acetate) | 13.5 mg | 90% |
| Vitamin B₆ (as pyridoxine hydrochloride) | 2 mg | 118% |
| Biotin | 150 mcg | 500% |
| Zinc (as zinc oxide) | 5 mg | 45% |
| Sodium | 70 mg. | 3% |

†Percent Daily Values are based on a 2,000 calorie diet.
*Daily Value not established.

# Exhibit 7



**Supplement Facts**

Serving Size 3 Gummies
Servings Per Container 12

| Amount Per Serving | | % Daily Value |
|---|---|---|
| Calories | 45 | |
| Total Carbohydrate | 11 g | 4%† |
| Total Sugars | 7 g | * |
| Includes 7 g Added Sugars | | 15%† |
| Vitamin C (as ascorbic acid) | 400 mg | 444% |
| Vitamin B6 (as pyridoxine hydrochloride) | 1.5 mg | 88% |
| Vitamin B12 (as cyanocobalamin) | 4 mcg | 167% |
| Biotin | 36 mcg | 120% |
| Zinc (as zinc sulfate) | 1.5 mg | 14% |
| Manganese (as manganese gluconate) | 0.38 mg | 17% |
| Sodium | 25 mg | 1% |
| Elderberry Juice Concentrate *(Sambucus nigra)* | 50 mg | * |

† Percent Daily Values are based on a 2,000 calorie diet.
* Daily Value not established.

# Exhibit 8




# Exhibit 9




# Exhibit 10





# Exhibit 11





# Exhibit 12




# Exhibit 13





# Exhibit 14





# Exhibit 15




# Exhibit 16



# Exhibit 17



# Exhibit 18





# Exhibit 19





# Exhibit 20





# Exhibit 21





# Exhibit 22



## Supplement Facts

Serving Size: 2 Gummies / Servings Per Container: 37 (Approximately)

|  | Amount Per Serving | % Daily Value |
|---|---|---|
| Calories | 10 | |
| Total Carbohydrates | 3 g | 1%* |
| Total Sugars | 2 g | ** |
| Includes 2g added sugars | | 4% |
| Vitamin C (as Ascorbic Acid) | 15 mg | 17% |
| Vitamin E (as DL-Alpha-Tocopheryl Acetate) | 7 mg | 47% |
| Biotin | 2500 mcg | 8333% |

*Percent Daily Values are based on a 2,000 calorie diet.
**Daily Value not established.

# Exhibit 23





# Exhibit 24





# Exhibit 25



# Exhibit 26



**SUGGESTED USE:** Take 2 tablets daily with food or as directed by a healthcare professional.

## Supplement Facts

Serving Size: 2 Tablets    Servings Per Container: 60

| | Amount Per Serving | % Daily Value |
|---|---|---|
| Elemental Magnesium (as Magnesium Oxide) | 483 mg | 115% |

**Other Ingredients:** Microcrystalline Cellulose, Hydroxypropyl Cellulose, Crospovidone, Hypromellose, Maltodextrin, Magnesium Stearate, Silicon Dioxide, PEG.

**Caution: If you are pregnant or nursing,** taking medication, or have kidney disease, consult your physician before taking this product. May have a laxative effect.

**Keep out of reach of children.**
Bottle contains non-edible desiccant pack(s).

Keep in a cool dry place, tightly closed.

**Do not use if safety seal under the cap is broken or missing.**

Questions or Comments? Call 1-800-579-8327
Side effects associated with use of this product may be reported to this number
MagOx.com

Manufactured for:
**Akorn Consumer Health**
A Division of Akorn, Inc.
Ann Arbor, MI 48105
© 2018 Akorn Consumer Health    **MADE IN USA**

# Exhibit 27





# Exhibit 28




# Exhibit 29




# Exhibit 30





# Exhibit 31



## Supplement Facts

Serving Size 2 Softgels
Servings Per Container 25

| Amount Per Serving | | %Daily Value |
|---|---|---|
| Calories | 20 | |
| Total Fat | 2 g | 3%** |
| Tonalin® CLA (from Safflower Oil) Contains: 78-84% Conjugated Linoleic Acid (CLA) | 2,000 mg (2 g) | *** |

**Percent Daily Values are based on a 2,000 calorie diet.
***Daily Value not established.

# Exhibit 32





# Exhibit 33



# Exhibit 34



## Supplement Facts

Serving Size 2 Caplets
Servings Per Container 30

| | Amount Per Serving | %Daily Value |
|---|---|---|
| Vitamin D3 (as Cholecalciferol) | 40 mcg (1600 IU) | 200% |
| Calcium (as Calcium Carbonate) | 40 mg | 3% |
| Zinc (as Zinc Oxide) | 15 mg | 136% |
| Selenium (as Selenium Amino Acid Chelate) | 70 mcg | 127% |
| Copper (as Cupric Oxide) | 2 mg | 222% |
| Manganese (as Manganese Amino Acid Chelate) | 2 mg | 87% |
| Chromium (as Chromium Nicotinate Glycinate Chelate)(TRAACS®) | 120 mcg | 343% |
| Molybdenum (as Molybdenum Amino Acid Chelate) | 75 mcg | 167% |
| ProstaFend™ | 624 mg | * |
| Phytosterols (from Plant Sterols) | 600 mg | * |
| Beta-Sitosterol | 250 mg | * |
| Lycopene | 15 mg | * |
| Reishi Mushroom Extract (Ganoderma lucidium) (Fruiting Bodies) | 6 mg | * |
| Boron (as Boron Amino Acid Chelate) | 3 mg | * |
| Silica | 20 mg | * |

* Daily Value not established.

**Other Ingredients:** Stearic acid, microcrystalline cellulose, dicalcium phosphate, crospovidone, croscarmellose sodium, magnesium stearate, pharmaceutical glaze (shellac, povidone).
**Contains Soy**

**Directions:** As a dietary supplement, take two (2) caplets daily, preferably one (I) caplet in the morning and one (I) caplet in the evening, or as directed by a healthcare provider.

**Warning:** Consult a physician before taking if you are pregnant, nursing, have any medical conditions, or are taking any medications. Do not use if inner seal is missing or broken. Protect from heat, light, and moisture.
**KEEP OUT OF REACH OF CHILDREN.**

# Exhibit 35



# Exhibit 36





# Exhibit 37





# Exhibit 38






# Exhibit 39





# Exhibit 40





# Exhibit 41





# Exhibit 42





# Exhibit 43





# Exhibit 44




# Exhibit 45






# Exhibit 46



# Exhibit 47





# Exhibit 48




# Exhibit 49





# Exhibit 50





# Exhibit 51





# Exhibit 52





# Exhibit 53





Conforms to USP <2091> for weight. Meets USP <2040> disintegration.

## Supplement Facts

Serving Size Two (2) Capsules
Servings Per Container 25

**Each Serving Contains**

| | |
|---|---|
| Echinacea purpurea Herb Powder | 500 mg* |
| Goldenseal Root Powder (*Hydrastis canadensis*) | 400 mg* |

*Daily Value not established.

**OTHER INGREDIENTS:** Gelatin, Silica.

**WARNING:** Consult your physician prior to using this product if you are pregnant, nursing, taking medication, or have a medical condition. Discontinue use two weeks prior to surgery.

**SUGGESTED USE:** As a dietary supplement, take one (1) to two (2) capsules daily.

**No Artificial Flavors, No Artificial Colors.**

**IMPORTANT:** Tamper evident seal under cap. Do not use if printed seal is broken or missing.

**KEEP OUT OF REACH OF CHILDREN.**
Keep in a cool, dry place.

# Exhibit 54





# Exhibit 55







# Exhibit 56





# Exhibit 57







# Exhibit 58





# Exhibit 59





# Exhibit 60



# Exhibit 61





# Exhibit 62





# Exhibit 63





# Exhibit 64





# Exhibit 65





# Exhibit 66





# Exhibit 67



**Supplement Facts**

Serving Size: 2 Caplets
Servings Per Container: 14

| Amount Per Serving | | % DV |
|---|---|---|
| Calories | 10 | |
| Total Carbohydrate | 2 g | <1%* |
| Vitamin C (as ascorbic acid) | 1000 mg | 1111% |
| Thiamin (as thiamin mononitrate) | 1.2 mg | 100% |
| Vitamin B₆ (as pyridoxine hydrochloride) | 10 mg | 588% |
| Vitamin B₁₂ (as cyanocobalamin) | 50 mcg | 2083% |
| Sodium | 10 mg | <1% |
| Proprietary Blend | 100 mg | † |
| Turmeric (Curcuma longa) rhizome extract, Ginseng (Panax Ginseng C.A. Meyer) root extract, Green Tea (Camellia sinensis) leaf extract | | |

* Percent Daily Values are based on a 2,000 calorie diet.
† Daily Value (DV) not established.

**DIRECTIONS:** Take 2 caplets daily. For optimal benefits, continued daily use is recommended. Store at room temperature.

**WARNINGS:** This product contains caffeine. Do not use if allergic to any of the ingredients in the product. Consult a healthcare professional before use if pregnant, attempting to become pregnant or nursing, if taking medication or if you have a chronic disease. **Keep out of reach of children.**

**TAMPER EVIDENT: DO NOT USE IF BLISTER IS OPENED OR TORN**

**Other Ingredients:** Hydroxypropylcellulose, microcrystalline cellulose, croscarmellose sodium, hydroxypropyl methylcellulose, crospovidone, stearic acid; Less than 2% of: maltodextrin, magnesium stearate, silicon dioxide, flavor, titanium dioxide, riboflavin, citric acid, carmine lake, sodium saccharin

# Exhibit 68



## Supplement Facts

**Serving Size:** 3 Gummies
**Servings Per Container:** 12

| Amount Per Serving | | % DV |
|---|---|---|
| Calories | 55 | |
| Total Fat | 6.5 g | <1%* |
| Total Carbohydrate | 11 g | 4%* |
| Total Sugars | 11 g | † |
| Includes 11 g Added Sugars | | 22%* |
| Vitamin C (as ascorbic acid and sodium ascorbate) | 750 mg | 833% |
| Vitamin B₆ (as pyridoxine hydrochloride) | 2 mg | 118% |
| Sodium | 70 mg | 3% |
| Proprietary Blend | 45 mg | † |
| Ginseng (Panax ginseng C.A. Meyer) root extract, goji berry (Lycium barbarum) fruit extract, Green Tea (Camellia sinensis) leaf extract | | |

\* Percent Daily Values (%DV) are based on a 2,000 calorie diet.
† Daily Value not established.

**Other ingredients:** Corn syrup, water, sucrose; Less than 2% of: natural flavors, pectin, hydrogenated coconut oil, citric acid, lecithin, annatto (color)

**Contains:** soy lecithin
**DIRECTIONS:** Adults 18 years of age and older: Chew 3 gummies a day.

# Exhibit 69





# Exhibit 70



## vitafusion

Suggested use: As a fiber supplement, take two (2) gummies per day.

### Supplement Facts

Serving Size 2 Gummies
Servings Per Bottle 45

| Amount Per Serving | | % Daily Value |
|---|---|---|
| Calories 10 | | |
| Total Carbohydrate | 6 g | 2%† |
| Dietary Fiber | 5 g | 20%† |
| Soluble Fiber | 5 g | ** |
| Sugar Alcohol | <1 g | ** |
| Niacin (as inositol niacinate) | 10 mg | 50% |
| Vitamin B-6 (as pyridoxine HCl) | 2 mg | 100% |
| Folic acid | 400 mcg | 100% |
| Vitamin B-12 (as cyanocobalamin) | 12 mcg | 200% |
| Biotin | 75 mcg | 25% |
| Pantothenic acid (as calcium d-pantothenate) | 10 mg | 100% |

†Percent Daily Values are based on a 2,000 calorie diet.
**Daily Value not established.

Other ingredients: Polydextrose, xylitol, gelatin, natural flavors, malic acid, colors (purple carrot juice concentrate, blueberry and carrot concentrates, annatto extract), sucralose, fractionated coconut oil, and beeswax.

**This product contains naturally sourced colors and flavors. Contains no gluten (wheat), milk, eggs, peanuts, or soy. The facility that manufactures this product also produces products that contain soy.**

Take only as directed. Do not exceed suggested dosage. If you have a medical condition, are on medication or are pregnant or nursing, please seek the advice of a qualified health care professional before using. Consult your health care professional prior to starting any weight management or exercise program. If minor gas or bloating occurs, reduce daily serving. Do not use if inner seal is broken or missing. This product may settle during shipping. Store at room temperature. Do not expose to excessive heat or moisture. Natural colors will darken over time. This does not alter the potency of the product.

**KEEP OUT OF THE REACH OF CHILDREN**

# Exhibit 71





# Exhibit 72





# Exhibit 73







# Exhibit 74





# Exhibit 75




# Exhibit 76



# Exhibit 77



# Exhibit 78





# Exhibit 79





# Exhibit 80





# Exhibit 81



**Directions:** For optimal effect, take 2 capsules, immediately before starch-heavy meals. Do not exceed 4 capsules per day.

## Supplement Facts

**Serving Size:** 2 Capsules
**Servings Per Container:** 30

| Amount Per Serving | | %DV |
|---|---|---|
| Calcium (from Dibasic Calcium Phosphate) | 190 mg | 15% |
| Chromium (from Foodbound® Chromium) | 40 mcg | 115% |
| Phase 2 Carb Controller® Complex (White Kidney Bean Extract (*Phaseolus vulgaris*), Foodbound® Chromium, Dibasic Calcium Phosphate) | 1,000 mg | * |

*Daily Value (DV) not established.

**Other Ingredients:** Hypromellose, Gum Arabic, Magnesium Stearate, Silicon Dioxide, Maltodextrin.

**Contains:** Milk, Soy

**NO:** Egg, Fish, Crustacean Shellfish, Tree Nuts, Peanuts, Wheat, Artificial Colors or Flavors, Added Sugar or Preservatives

# Exhibit 82




# Exhibit 83





# Exhibit 84





# Exhibit 85





# Exhibit 86





# Exhibit 87




# Exhibit 88





# Exhibit 89





# Exhibit 90





# Exhibit 91





**SUGGESTED USE:** Adults, take 2 gummies daily. Store tightly closed, in a cool, dry place, out of reach of children. Do not use if imprinted seal under cap is broken or missing.

## Supplement Facts

Serving Size 2 Gummies
Servings Per Container 30

| Amount Per Serving | % Daily Value |
|---|---|
| Calories 20 | |
| Total Carbohydrate 5 g | 2%** |
| Total Sugars 3 g | * |
| Includes 3 g Added Sugars | 6%** |
| Vitamin C (as Ascorbic Acid) 40 mg | 44% |
| Iron (as Ferrous Fumarate) 18 mg | 100% |

*Daily Value not established.
**Percent Daily Values are based on a 2,000 calorie diet.

Quality tested in the USA. Made to our guaranteed purity and potency standards.
*Based on a survey of pharmacists who recommend branded vitamins and supplements.

**CAUTION:** If you are pregnant, nursing or taking medication, consult your physician before use.

**WARNING:** Accidental iron-containing products is poisoning in children. Keep reach of children. In case of a doctor or poison control

**OTHER INGREDIENTS**
Gelatin, Natural Flavor Carmine), Ethyl Cellulose

**DISTRIBUTED BY**
**Nature Made Nutritional**
West Hills, CA 9130
1-800-276-2878

— Nature Made Iron 18 mg with Vitamin C Gummies —

**#1 PHARMACIST RECOMMENDED** VITAMIN & SUPPLEMENT BRAND*

## Nature Made®

# Iron
**18 mg**
per serving
**with Vitamin C**
## Gummies

**100% DAILY VALUE OF IRON**

Vital for red blood cell formation†
Vitamin C helps with Iron absorption†

Dietary Supplement
**60 GUMMIES**

RASPBERRY
With other natural flavors

# Exhibit 92





# Exhibit 93





# Exhibit 94





# Exhibit 95





# Exhibit 96





# Exhibit 97





# Exhibit 98









# Exhibit 99





# Exhibit 100



## Apple Cider Vinegar
### 480 mg
per serving

## Supplement Facts
Serving Size 2 Tablets
Servings Per Container 100

| Amount Per Serving | %Daily Value |
|---|---|
| Apple Cider Vinegar    480 mg | * |

*Daily Value not established.

**Other Ingredients:** Dicalcium Phosphate, Cellulose (Plant Origin), Croscarmellose.
**Contains <2% of:** Silica, Vegetable Magnesium Stearate, Vegetable Stearic Acid.

# Exhibit 101





# Exhibit 102



### C, D & Zinc
#### GUMMIES

## Supplement Facts

Serving Size 2 Gummies
Servings Per Container 35

| Amount Per Serving | | %Daily Value | |
|---|---|---|---|
| Calories | 20 | | |
| Total Carbohydrate | 4 g | 1%** | |
| Total Sugars | 3 g | | *** |
| Includes 3g Added Sugars | | 6%** | |
| Vitamin A | 375 mcg | 42% | |
| (as Retinyl Palmitate) | | | |
| Vitamin C | 250 mg | 278% | |
| (as Ester-C  *  Calcium Ascorbate) | | | |
| Vitamin D | 12.5 mcg (500 IU) 63% | | |
| (as D3 Cholecalciferol) | | | |
| Zinc (as Zinc Citrate) 7.5 mg | | 68% | |

**Percent Daily Values are based on a 2,000 calorie diet.
***Daily Value not established.

**Other Ingredients:** Glucose Syrup, Cane Sugar, Gelatin, Natural Flavors. **Contains <2% of:** Citric Acid, Fruit and Vegetable Concentrate (Color), Maltodextrin, Pectin, Vegetable Oil (Palm) (Contains Carnauba Wax).

# Exhibit 103



## Calcium

**1200 mg** Plus 25 mcg (1,000 IU) Vitamin D3
Per Serving

## Supplement Facts

Serving Size 2 Softgels
Servings Per Container 60

| Amount Per Serving | | %Daily Value |
|---|---|---|
| Calories 15 | | |
| Total Fat | 1 g | 1%*** |
| Vitamin D (as D3 Cholecalciferol) | 25 mcg (1,000 IU) | 125% |
| Calcium 1,200 mg (as Calcium Carbonate) | | 92% |

***Percent Daily Values are based on a 2,000 calorie diet.

**Other Ingredients:** Soybean Oil, Gelatin, Vegetable Glycerin.
**Contains <2% of:** Corn Oil, Sorbitol Sorbitan Solution, Soy
Lecithin, Titanium Dioxide Color, Yellow Beeswax.
Contains soy ingredients.
Contains bioengineered food ingredients.

# Exhibit 104



# Cinnamon

**2000**mg | Plus Chromium

equivalent per serving**

## Supplement Facts

**Serving Size 2 Capsules**
**Servings Per Container 30**

| Amount Per Serving | | %Daily Value |
|---|---|---|
| **Chromium** (as Chromium Picolinate) | 400 mcg | 1,143% |
| **\*\*Cinnamon** (*Cinnamomum burmannii*) (bark) | 1,000 mg (1 g) | *** |
| **\*\*Cinnamon Extract** (*Cinnamomum* spp.) (bark) (a 4:1 Extract, equivalent to 1,000 mg of Cinnamon) | 250 mg | *** |

**\*\*\*Daily Value not established.**

**Other Ingredients:** Gelatin, Vegetable Cellulose. **Contains <2% of:** Silica, Vegetable Magnesium Stearate.

# Exhibit 105



## Co Q-10
### GUMMIES
**200** mg
per serving

## Supplement Facts
**Serving Size 2 Gummies**
**Servings Per Container 30**

| Amount Per Serving | | %Daily Value |
|---|---|---|
| Calories | 25 | |
| Total Fat | 0.5g | 1%** |
| Total Carbohydrate | 4g | 1%** |
| Total Sugars 3 g *** | | |
| Includes 3g Added Sugars 6%** | | |
| Coenzyme Q-10 200 mg *** | | |

**Percent Daily Values are based on a 2,000 calorie diet.
***Daily Value not established.

**Other Ingredients:** Corn Syrup, Sugar, Rice Bran Oil, Gelatin. **Contains <2% of:** Citric Acid, Natural Flavors, Pectin, Sunflower Lecithin, Vegetable Oil (Palm) (Contains Natural Palm Leaf Glaze).

# Exhibit 106



**DIRECTIONS:** For adults, take two (2) softgels daily, preferably with meals.

## Supplement Facts

Serving size 2 Softgels
Servings Per Container 30

| Amount Per Serving | | % Daily Value |
|---|---|---|
| Vitamin C (as Ascorbic Acid) | 40 mg | 67% |
| Vitamin E (as dl-Alpha Tocopheryl Acetate) | 6 IU | 20% |
| Cranberry Concentrate | 504 mg | *** |
| (Vaccinium macrocarpon) (fruit) | | |
| **(a 50:1 concentrate, equivalent to 25,200 mg fresh cranberries) | | |

***Daily Value not established.

**Other Ingredients:** Soybean Oil, Gelatin, Vegetable Glycerin. Contains <2% of: Soy Lecithin, White Beeswax.

Contains soy ingredients.

# Exhibit 107



## Cranberry
### GUMMIES

## Supplement Facts

Serving Size 5 Gummies
Servings Per Container 30

| Amount Per Serving | | %Daily Value |
|---|---|---|
| Calories | 45 | |
| Total Carbohydrate | 11 g | 4%** |
| Total Sugars | 7 g | *** |
| Includes 7g Added Sugars | | 14%** |
| Sodium | 10 mg | <1%** |
| Pacran® Cranberry Concentrate Powder *(Vaccinium macrocarpon)* (fruit) (a 50:1 concentrate, equivalent to 25,000 mg of fresh cranberries) | 500 mg | *** |

**Percent Daily Values are based on a 2,000 calorie diet.
***Daily Value not established.

**Other Ingredients:** Corn Syrup, Sugar, Gelatin.
**Contains <2% of:** Citric Acid, Natural Flavor, Pectin, VegetableAAA Oil (Palm) (Contains Carnauba Wax).

# Exhibit 108




# Exhibit 109



## Elderberry GUMMIES

### Supplement Facts

Serving Size 2 Gummies
Servings Per Container 35

| Amount Per Serving | | %Daily Value |
|---|---|---|
| Calories | 20 | |
| Total Carbohydrate | 5 g | 2%** |
| Total Sugars | 3 g | *** |
| Includes 3g Added Sugars | | 6%** |
| Vitamin A (as Vitamin A Palmitate) | 375 mcg | 42% |
| Vitamin C (as Ascorbic Acid) | 150 mg | 167% |
| Vitamin D (as D3 Cholecalciferol) | 6 mcg (240 IU) | 30% |
| Vitamin E (as dl-Alpha Tocopheryl Acetate) | 5 mg | 40% |
| Phosphorus | 15 mg | 2% |
| Zinc (as Zinc Gluconate) | 2 mg | 18% |
| Sodium | 20 mg | <1% |
| Elderberry Concentrate 100 mg (Sambucus nigra) (fruit) | | *** |

**Percent Daily Values are based on a 2,000 calorie diet.
***Daily Value not established.

**Other Ingredients:** Cane Sugar, Corn Syrup, **Contains <2% of:** Citric Acid, Maltodextrin, Natural Flavors, Natural Palm Leaf Glaze, Pectin, Sodium Citrate, Sodium Hexametaphosphate.

Contains bioengineered food ingredients.

# Exhibit 110



## Elderberry
### Sambucus

| Supplement Facts | | |
| --- | --- | --- |
| Serving Size 3 Softgels | | |
| Servings Per Container 40 | | |
| **Amount Per Serving** | | **%Daily Value** |
| Elderberry Juice    630 mg | | * |
| Concentrate *(Sambucus nigra)* (berry) | | |
| *Daily Value not established. | | |

**Other Ingredients:** Soybean Oil, Maltodextrin, Gelatin, Vegetable Glycerin, Soy Lecithin, Natural Caramel Color.

Contains soy ingredients.

# Exhibit 111





# Exhibit 112





# Exhibit 113





# Exhibit 114



**DIRECTIONS:** For adults, take two (2) gummies daily, preferably with a meal.

## Supplement Facts

Serving Size 2 Gummies

| Amount Per Serving | | %Daily Value |
|---|---|---|
| Calories | 15 | |
| Total Carbohydrate | 3 g | 1%** |
| Total Sugars | 2 g | *** |
| Includes 2g Added Sugars | | 4%** |
| Vitamin C (as Ascorbic Acid) | 15 mg | 17% |
| Vitamin E (as dl-Alpha Tocopheryl Acetate) | 6.7 mg | 45% |
| Biotin (as d-Biotin) | 2,500 mcg | 8,333% |
| Sodium | 10 mg | <1% |

**Percent Daily Values are based on a 2,000 calorie diet.
***Daily Value not established.

**Other Ingredients:** Sugar, Corn Syrup, Dicalcium Phosphate, Gelatin. **Contains <2% of:** Citric Acid, Lactic Acid, Maltodextrin, Natural Strawberry Flavor, Pectin, Silica, Vegetable Juice (color), Vegetable Oil (Palm) (Contains Carnauba Wax).

Contains bioengineered food ingredients.

Natural color variation is normal and does not affect the quality of the product.

# Exhibit 115



## Supplement Facts

Serving Size 3 Caplets
Servings Per Container 20

| Amount Per Serving | | %Daily Value |
|---|---|---|
| Vitamin A (as Retinyl Palmitate) | 5,000 IU | 100% |
| Vitamin C (as Ascorbic Acid) | 120 mg | 200% |
| Vitamin D (as Cholecalciferol) | 100 IU | 25% |
| Vitamin E (as d-Alpha Tocopheryl Acetate) | 15 IU | 50% |
| Thiamin (Vitamin B-1) (as Thiamin Hydrochloride) | 5 mg | 333% |
| Riboflavin (Vitamin B-2) | 2 mg | 118% |
| Niacin (as Niacinamide) | 25 mg | 125% |
| Vitamin B-6 (as Pyridoxine Hydrochloride) | 5 mg | 250% |
| Folic Acid | 200 mcg | 50% |
| Vitamin B-12 (as Cyanocobalamin) | 8 mcg | 133% |
| Biotin (as d-Biotin) | 3,000 mcg (3 mg) | 1,000% |
| Pantothenic Acid (as d-Calcium Pantothenate) | 15 mg | 150% |
| Calcium (as Calcium Carbonate and Dicalcium Phosphate) | 710 mg | 71% |
| Iron (as Ferrous Gluconate) | 3 mg | 17% |
| Phosphorus (as Dicalcium Phosphate) | 150 mg | 15% |
| Iodine (as Potassium Iodide) | 112.5 mcg | 75% |
| Magnesium (as Magnesium Oxide) | 100 mg | 25% |
| Zinc (as Zinc Gluconate) | 7.5 mg | 50% |
| Selenium (as L-Selenomethionine) | 12.5 mcg | 19% |
| Manganese (as Manganese Gluconate) | 5 mg | 250% |
| Sodium | 10 mg | <1% |
| PABA (Para-Aminobenzoic Acid) | 25 mg | ** |
| Choline Bitartrate | 25 mg | ** |
| Inositol | 30 mg | ** |
| Citrus Bioflavonoids (Citrus spp.) (orange) (fruit) | 25 mg | ** |
| Rutin | 12.5 mg | ** |
| Horsetail (Equisetum arvense) (aerial) | 5 mg | ** |
| Betaine Hydrochloride | 25 mg | ** |
| Collagen (Hydrolyzed Gelatin) | 45 mg | ** |
| Chlorophyll (as Sodium Copper Chlorophyllin) | 5 mg | ** |

* Daily Value not established.





Prod. No. 7580

DIRECTIONS: For adults, take three (3) caplets daily, preferably with a meal.

## Supplement Facts

Serving Size 3 Caplets
Servings Per Container 20

| Amount Per Serving | | %Daily Value |
|---|---|---|
| Vitamin A (as Retinyl Palmitate) | 5,000 IU | 100% |
| Vitamin C (as Ascorbic Acid) | 60 mg | 100% |
| Vitamin D (as D3 Cholecalciferol) | 1,000 IU | 250% |
| Vitamin E (as d-Alpha Tocopheryl Acetate) | 15 IU | 50% |
| Thiamin (Vitamin B-1) (as Thiamin Hydrochloride) | 5 mg | 333% |
| Riboflavin (Vitamin B-2) | 2 mg | 118% |
| Niacin (as Niacinamide) | 25 mg | 125% |
| Vitamin B-6 (as Pyridoxine Hydrochloride) | 5 mg | 250% |
| Folic Acid | 200 mcg | 50% |
| Vitamin B-12 (as Cyanocobalamin) | 8 mcg | 133% |
| Biotin (as d-Biotin) | 3,000 mcg | 1,000% |
| Pantothenic Acid (as d-Calcium Pantothenate) | 15 mg | 150% |
| Calcium (as Dicalcium Phosphate and Calcium Carbonate) | 200 mg | 20% |
| Phosphorus (as Dicalcium Phosphate) | 90 mg | 9% |
| Magnesium (as Magnesium Oxide) | 50 mg | 13% |
| Zinc (as Zinc Gluconate) | 7.5 mg | 50% |
| Manganese (as Manganese Gluconate) | 2 mg | 100% |
| PABA (Para-Aminobenzoic Acid) | 10 mg | ** |
| Choline Bitartrate | 10 mg | ** |
| Inositol | 30 mg | ** |
| Citrus Bioflavonoid / Rutin Complex | 38 mg | ** |
| Horsetail Powder (Equisetum arvense) (aerial) | 3 mg | ** |
| Collagen (hydrolyzed Gelatin) | 50 mg | ** |

** Daily Value not established.

Other Ingredients: Vegetable Cellulose, Contains <2% of: Gelatin, Natural Palm-Leaf Glaze, Silica, Vegetable Magnesium Stearate.
Contains fish (cod, cusk, flounder, haddock, hake, pollock, redfish, sole) ingredients.
†Source: Nielsen xAOC 52 weeks ending 2/20/16.

★ Made In The USA with select ingredients from around the world

# Exhibit 116



## ADVANCED

# HAIR, SKIN & NAILS

### Supplement Facts

Serving Size 2 Gummies
Servings Per Container 40

| Amount Per Serving | | %Daily Value |
|---|---|---|
| Calories | 15 | |
| Total Carbohydrate | 3 g | 1%** |
| Total Sugars | 2 g | *** |
| Includes 2g Added Sugars | | 4%** |
| Vitamin A (as Retinyl Palmitate) | 150 mcg | 17% |
| Vitamin C (as Ascorbic Acid) | 18 mg | 20% |
| Vitamin E (as dl-Alpha Tocopheryl Acetate) | 8.1 mg | 54% |
| Biotin (as d-Biotin) | 6,000 mcg | 20,000% |
| Sodium | 10 mg | <1% |

**Percent Daily Values are based on a 2,000 calorie diet.
***Daily Value not established.

**Other Ingredients:** Sugar, Corn Syrup, Dicalcium Phosphate, Gelatin. **Contains <2% of:** Citric Acid, Fruit and Vegetable Juice (color), Lactic Acid, Maltodextrin, Natural Strawberry Flavor, Pectin, Silica, Vegetable Oil (Palm) (Contains Carnauba Wax).

# Exhibit 117





# Exhibit 118



**DIRECTIONS:** For adults, take three (3) softgels daily, preferably with a meal.

## Supplement Facts

Serving Size 3 Softgels

| Amount Per Serving | | %Daily Value |
|---|---|---|
| Calories | 15 | |
| Total Fat | 1 g | 1%** |
| Vitamin A (as Retinyl Palmitate) | 1,500 mcg | 167% |
| Vitamin C (as Ascorbic Acid) | 60 mg | 67% |
| Vitamin D (as D3 Cholecalciferol) | 20 mcg (800 IU) | 100% |
| Vitamin E (as d-Alpha Tocopheryl Acetate) | 10 mg | 67% |
| Thiamin (Vitamin B-1) (as Thiamin Mononitrate) | 3 mg | 250% |
| Riboflavin (Vitamin B-2) | 5 mg | 385% |
| Niacin (as Niacinamide) | 25 mg | 156% |
| Vitamin B-6 (as Pyridoxine Hydrochloride) | 5 mg | 294% |
| Folate | 333 mcg DFE (200 mcg folic acid) | 83% |
| Vitamin B-12 (as Cyanocobalamin) | 8 mcg | 333% |
| Biotin | 5,000 mcg | 16,667% |
| Pantothenic Acid (as d-Calcium Pantothenate) | 4 mg | 80% |
| Iron (as Ferrous Gluconate) | 3 mg | 17% |
| Zinc (as Zinc Gluconate) | 7.5 mg | 68% |
| Selenium (as Selenium Yeast) | 12.5 mcg | 23% |
| Manganese (as Manganese Gluconate) | 5 mg | 217% |
| Argan Oil (*Argania spinosa*) | 25 mg | *** |
| PABA (Para-Aminobenzoic Acid) | 10 mg | *** |
| Choline Bitartrate | 10 mg | *** |
| Alpha Lipoic Acid | 10 mg | *** |
| Horsetail (*Equisetum arvense*) (aerial) | 3 mg | *** |
| Hydrolyzed Collagen | 50 mg | *** |
| Hyaluronic Acid (as Sodium Hyaluronate) | 30 mg | *** |

**Percent Daily Values are based on a 2,000 calorie diet.
***Daily Value not established.

**Other Ingredients:** Soybean Oil, Gelatin, Vegetable Glycerin, Soy Lecithin. **Contains <2% of:** Carmine Color, Mica, Silica, Titanium Dioxide Color.

Contains soy and tree nut (argan) ingredients.

★ Made In The USA with select ingredients from around the world

# Exhibit 119



**DIRECTIONS:** For adults, take two (2) gummies daily, preferably with a meal.

## Supplement Facts

Serving Size 2 Gummies

| Amount Per Serving | | %Daily Value |
|---|---|---|
| Calories | 15 | |
| Total Carbohydrate | 3 g | 1%** |
| Total Sugars | 2 g | *** |
| Includes 2g Added Sugars | | 4%** |
| Vitamin C (as Ascorbic Acid) | 15 mg | 17% |
| Vitamin E (as dl-Alpha Tocopheryl Acetate) | 6.75 mg | 45% |
| Biotin (as d-Biotin) | 2,500 mcg | 8,333% |
| Sodium | 10 mg | <1% |
| Collagen | 100 mg | *** |

**Percent Daily Values are based on a 2,000 calorie diet.
***Daily Value not established.

**Other Ingredients:** Sugar, Corn Syrup, Dicalcium Phosphate, Gelatin. **Contains <2% of:** Citric Acid, Fruit and Vegetable Juice (color), Maltodextrin, Natural Flavors, Pectin, Silica, Vegetable Oil (Palm) (Contains Carnauba Wax).

Contains bioengineered food ingredients.

★ Made In The USA with select ingredients from around the world

# Exhibit 120



## NATURE'S BOUNTY®

### IMMUNE 24 HOUR +

The only Vitamin C with 24 hour immune support*

1000 mg

Ester-C®
per serving

**Vitamin D & Zinc**

with Elderberry, Echinacea

Supports Upper Respiratory Health*

50 SOFTGELS | DIETARY SUPPLEMENT

---

**DIRECTIONS:** For adults, take two (2) softgels daily, preferably with a meal.

## Supplement Facts

Serving Size 2 Softgels
Servings Per Container 25

| Amount Per Serving | | %Daily Value |
|---|---|---|
| Calories | 20 | |
| Total Fat | 1 g | 1%** |
| Total Carbohydrate | 2 g | 1%** |
| Vitamin A (as Retinyl Palmitate) | 750 mcg | 83% |
| Vitamin C (as Ester-C® Calcium Ascorbate) | 1,000 mg | 1,111% |
| Vitamin D (as D3 Cholecalciferol) | 15 mcg (600 IU) | 75% |
| Vitamin B-6 (as Pyridoxine Hydrochloride) | 2 mg | 118% |
| Folate | 666 mcg DFE (400 mcg Folic Acid) | 167% |
| Vitamin B-12 (as Cyanocobalamin) | 6 mcg | 250% |
| Biotin | 300 mcg | 1,000% |
| Pantothenic Acid (as d-Calcium Pantothenate) | 10 mg | 200% |
| Magnesium (as Magnesium Oxide) | 25 mg | 6% |
| Zinc (as Zinc Oxide) | 15 mg | 136% |
| Elderberry *(Sambucus nigra)* (berry) | 17 mg | *** |
| Echinacea *(Echinacea purpurea)* (aerial) | 16.5 mg | *** |
| Astragalus *(Astragalus membranaceus)* (root) | 16.5 mg | *** |

**Percent Daily Values are based on a 2,000 calorie diet.
***Daily Value not established.

**Other Ingredients:** Rice Bran Oil, Gelatin, Vegetable Glycerin. **Contains <2% of:** Carob Powder (color), Natural Caramel Color, Sunflower Lecithin, Yellow Beeswax.
Ester-C® and *Ester-C* are registered trademarks of The Ester C Company.

**WARNING:** If you are pregnant, nursing, taking any medications, have any medical condition, or are planning to undergo any clinical lab testing, consult your doctor before use. Some supplements may interact with certain medications and/or interfere with certain lab tests. Avoid this product if you are allergic to sunflowers or daisy-like flowers. Discontinue use if any adverse reactions occur. Not intended for use by persons under the age of 18. Keep out of reach of children. Store at room temperature. Do not use if seal under cap is broken or missing.

# Exhibit 121





# Exhibit 122





# Exhibit 123



# Exhibit 124





## WOMEN'S MULTIVITAMIN GUMMIES

### Supplement Facts

Serving Size 2 Gummies
Servings Per Container 45

| Amount Per Serving | | %Daily Value |
|---|---|---|
| Calories | 15 | |
| Total Carbohydrate | 3 g | 1%** |
| Total Sugars | 2 g | *** |
| Includes 2g Added Sugars | | 4%** |
| Vitamin A (as Retinyl Acetate) | 750 mcg | 83% |
| Vitamin C (as Ascorbic Acid) | 30 mg | 33% |
| Vitamin D (as D3 Cholecalciferol) | 25 mcg (1,000 IU) | 125% |
| Vitamin E (as dl-Alpha Tocopheryl Acetate) | 13.5 mg | 90% |
| Vitamin B-6 (as Pyridoxine Hydrochloride) | 2 mg | 118% |
| Folate | 666 mcg DFE (400 mcg folic acid) | 167% |
| Vitamin B-12 (as Cyanocobalamin) | 9 mcg | 375% |
| Biotin (as d-Biotin) | 600 mcg | 2,000% |
| Calcium (as Dicalcium Phosphate) | 100 mg | 8% |
| Iodine (as Potassium Iodide) | 40 mcg | 27% |
| Zinc (as Zinc Citrate) | 2.5 mg | 23% |
| Collagen | 50 mg | *** |

**Percent Daily Values are based on a 2,000 calorie diet.
***Daily Value not established.

**Other Ingredients:** Corn Syrup, Sugar, Gelatin, Natural Flavors. **Contains <2% of:** Citric Acid, Pectin, Vegetable Juice (color), Vegetable Oil (Palm) (Contains Carnauba Wax).

Colors from natural sources may change over time. This does not alter the potency of the product.

Aids in the conversion of food into energy*

**WARNING:** If you are pregnant, nursing, taking any medications, planning any medical or surgical procedure or have any medical condition or are planning to undergo any clinical lab testing, consult your doctor before use. Some supplements may interact with certain medications and/or interfere with certain lab tests. Discontinue use and consult your doctor if any adverse reactions occur. Keep out of reach of children. Store at room temperature. Do not use if seal under cap is broken or missing.



90 Raspberry Flavored Gummies

# Exhibit 125





# Exhibit 126




# Exhibit 127





# Exhibit 128



**DIRECTIONS:** For adults, take two (2) quick release softgels daily, preferably with a meal.

## Supplement Facts

Serving Size 2 Quick Release Softgels
Servings Per Container 60

| Amount Per Serving | | % Daily Value |
|---|---|---|
| Calories | 15 | |
| Total Fat | 1.5 g | 2%* |
| Vitamin D3 (as Cholecalciferol) | 125 mcg (5,000 IU) | 625% |
| Calcium (as Calcium Carbonate) | 1,200 mg | 92% |

*Percent Daily Values are based on a 2,000 calorie diet.

**OTHER INGREDIENTS:** Soybean Oil, Gelatin, Vegetable Glycerin, Soy Lecithin, Titanium Dioxide Color.

**Contains soy ingredients.**



**NO** Gluten, Wheat, Yeast, Milk, Lactose, Artificial Flavor, Artificial Sweetener.
NON-GMO

**WARNING:** If you are pregnant, nursing, taking any medications or have any medical condition, consult your doctor before use. If any adverse reactions occur, immediately stop using this product and consult your doctor. If seal under cap is damaged or missing, do not use. Keep out of reach of children. Store in a cool, dry place.

# Exhibit 129





**Supplement Facts**

Serving Size: 3 Quick Release Capsules
Servings Per Container: 50

| Amount Per Serving | | %Daily Value |
| --- | --- | --- |
| Activated Charcoal (from Coconut Shells) | 780 mg | * |

*Daily Value not established.

OTHER INGREDIENTS: Gelatin Capsule, Vegetable Magnesium Stearate.

# Exhibit 130





# Exhibit 131





## Supplement Facts

Serving Size: 2 Quick Release Capsules
Servings Per Container: 30

| Amount Per Serving | | %Daily Value |
|---|---|---|
| Biotin (as d-Biotin) | 666 mcg | 2,220% |
| Alpha Lipoic Acid (Thioctic Acid) | 600 mg | * |

*Daily Value not established.

**OTHER INGREDIENTS:** Gelatin Capsule, Cellulose (Plant Origin), Rice Powder, Vegetable Magnesium Stearate, Silica.

†This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

**SUPPORTS ANTIOXIDANT HEALTH†**

# Exhibit 132





# Exhibit 133





# Exhibit 134





# Exhibit 135





## Supplement Facts

Serving Size: 2 Quick Release Softgels
Servings Per Container: 25

| Amount Per Serving | | %Daily Value |
|---|---|---|
| Calories | 20 | |
| Total Fat | 2 g | 3%** |
| Polyunsaturated Fat | 1 g | |
| Black Cumin Seed Oil | 2,000 mg (2 g) | |
| (*Nigella sativa*) (seed) | | |
| (Contains Naturally-Occurring Thymoquinone (TQ)) | | |
| Typical Fatty Acid Profile: | | |
| Omega 6 (Linoleic Acid) | 40-67% | * |
| Omega 9 (Oleic Acid) | 17-30% | * |

*Daily Value not established.
**Percent Daily Values are based on a 2,000 calorie diet.

OTHER INGREDIENTS: Gelatin, Vegetable Glycerin.

**POTENT SOURCE OF ANTIOXIDANT TQ, SOLVENT & HEXANE FREE**

# Exhibit 136





# Exhibit 137





**Supplement Facts**
Serving Size: 2 Quick Release Softgels
Servings Per Container: 60

| Amount Per Serving | | %Daily Value |
| --- | --- | --- |
| Calories | 15 | |
| Total Fat | 1.5 g | 2%* |
| Vitamin D (as D3 Cholecalciferol) | 125 mcg (5,000 IU) | 625% |
| Calcium (as Calcium Carbonate) | 1,200 mg | 92% |

*Percent Daily Values are based on a 2,000 calorie diet.

**OTHER INGREDIENTS:** Soybean Oil, Gelatin, Vegetable Glycerin, Soy Lecithin, Titanium Dioxide Color.

Contains soy ingredients.

†Adequate calcium and vitamin D as part of a healthful diet, along with physical activity, may reduce the risk of Osteoporosis in later life.

**MAY REDUCE THE RISK OF OSTEOPOROSIS†**

# Exhibit 138





# Exhibit 139





# Exhibit 140





**NATURE'S TRUTH®**
VITAMINS

**ECHINACEA & GOLDENSEAL**
ROOT
**1,400 mg**
PER SERVING

GLUTEN FREE
NON GMO

**100** VEGETARIAN CAPSULES

HERBAL SUPPLEMENT

## Supplement Facts

Serving Size: 2 Vegetarian Capsules
Servings Per Container: 50

| Amount Per Serving | %Daily Value |
|---|---|
| Proprietary Herbal Blend    1,400 mg (1.4 g) | * |
| Echinacea (*Echinacea purpurea*) (aerial) (from 10:1 extract) | |
| Goldenseal (*Hydrastis canadensis*) (root) (from 4:1 extract) | |

*Daily Value not established.

**OTHER INGREDIENTS:** Rice Powder, Vegetarian Capsule, Vegetable Magnesium Stearate.

**Equivalent from a proprietary blend of Echinacea 10:1 Extract and Goldenseal Root 4:1 Extract.

†This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

**HERBAL SUPPORT COMPLEX FOR YEAR-ROUND WELLNESS†**

DIRECTIONS
vegetarian cap
daily, prefer

WARNING: Not intend
you are taking any me
consult your doctor be
to sunflower of dais
immediately stop use
intended for use prog
is damaged or missi
Store in a cool, dry pl

WARNING: Consumption of
Goldenseal from more tha
cause. For more informa

NON-GMO · G

Carefully Manufactur
Nature's Truth LLC
Ronkonkoma, NY 117
©2021 Nature's Trut
1-844-544-1888
naturestruth.com

# Exhibit 141





# Exhibit 142





# Exhibit 143





## Supplement Facts

Serving Size: 2 Vegan Gummies
Servings Per Container: 35

| Amount Per Serving | | %Daily Value |
|---|---|---|
| Calories | 20 | |
| Total Carbohydrate | 5 g | 2%** |
| Total Sugars | 4 g | * |
| Includes 4g Added Sugars | | 8%** |
| Melatonin | 10 mg | * |

*Daily Value not established.
**Percent Daily Values are based on a 2,000 calorie diet.

**OTHER INGREDIENTS:** Glucose Syrup, Sugar, Pectin, Citric Acid, Sodium Citrate, Sunflower Seed Oil, Natural Flavors, Black Carrot Juice Concentrate Color, Natural Palm Leaf Glaze, Palm Oil, Annatto Color.

†These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease.

Melatonin helps support sleep and allows you to wake up feeling refreshed!† For people experiencing occasional sleeplessness or anyone seeking to improve their quality of rest.†

100% DRUG FREE

NATURE'S TRUTH® VITAMINS

EXTRA STRENGTH
MELATONIN
10 MG PER SERVING
GUMMIES

Natural Berry Flavor

GLUTEN FREE NON GMO    70 VEGAN GUMMIES

DIETARY SUPPLEMENT

# Exhibit 144





# Exhibit 145





# Exhibit 146





# Exhibit 147





## Supplement Facts

Serving Size: 2 Quick Release Softgels
Servings Per Container: 125

| Amount Per Serving | | %Daily Value |
|---|---|---|
| Calories | 25 | |
| Total Fat | 2.5 g | 3%** |
| Saturated Fat | 0.5 g | 3%** |
| Polyunsaturated Fat | 1 g | * |
| Monounsaturated Fat | 0.5 g | * |
| Cholesterol | <5 mg | 2% |
| Fish Oil | 2,400 mg (2.4 g) | * |
| Total Omega-3 Fatty Acids | 720 mg | * |
| EPA (Eicosapentaenoic Acid) | 432 mg | * |
| DHA (Docosahexaenoic Acid) | 288 mg | * |

*Daily Value not established.
**Percent Daily Values are based on a 2,000 calorie diet.

OTHER INGREDIENTS: Gelatin, Vegetable Glycerin, Natural Lemon Flavor.

Contains fish (anchovy, mackerel, sardine) ingredients.

**MAY REDUCE THE RISK OF CORONARY HEART DISEASE†**

# Exhibit 148





# Exhibit 149





## Supplement Facts

Serving Size: 3 Rapid Release Liquid Softgels
Servings Per Container: 55

| Amount Per Serving | | %Daily Value |
|---|---|---|
| Calories | 20 | |
| Total Fat | 1 g | 1%*** |
| Vitamin A (as Retinyl Palmitate and Beta-Carotene) | 1,500 mcg | 167% |
| Vitamin C (as Ascorbic Acid) | 90 mg | 100% |
| Vitamin D (as D3 Cholecalciferol) | 50 mcg (2,000 IU) | 250% |
| Vitamin E (as d-Alpha Tocopherol) | 20 mg | 133% |
| Thiamin (Vitamin B-1) (as Thiamin Mononitrate) | 5 mg | 417% |
| Riboflavin (Vitamin B-2) | 5 mg | 385% |
| Niacin (as Niacinamide) | 25 mg | 156% |
| Vitamin B-6 (as Pyridoxine Hydrochloride) | 5 mg | 294% |
| Folate | 666 mcg DFE (400 mcg Folic Acid) | 167% |
| Vitamin B-12 (as Cyanocobalamin) | 8 mcg | 333% |
| Biotin (as d-Biotin) | 5,000 mcg | 16,667% |
| Pantothenic Acid (as d-Calcium Pantothenate) | 15 mg | 300% |
| Zinc (as Zinc Gluconate) | 7.5 mg | 68% |
| Selenium (as Selenium Yeast) | 12.5 mcg | 23% |

SUPPORTS HEALTHY
HAIR, SKIN AND NAILS†*

# Exhibit 150




# Exhibit 151





# Exhibit 152





# Exhibit 153





# Exhibit 154



**Recommendation:** Women chew 2 gummies daily. Not formulated for men or children. If you are pregnant, nursing, or taking any medications, consult a health-care professional before use.

| Supplement Facts | | |
|---|---|---|
| Serving Size 2 Gummies | | |
| Servings per Container 30 | | |
| **Amount per Serving** | | **% DV** |
| Calories | 20 | |
| Total Carbohdrate | 5 g | 2%† |
| Total Sugars | 4 g | ** |
| Includes 4 g Added Sugars | | 8%† |
| Vitamin A (as retinyl palmitate) | 450 mcg | 50% |
| Vitamin C (ascorbic acid) | 30 mg | 33% |
| Vitamin D3 (as cholecalciferol) | 40 mcg | 200% |
| Vitamin E (as dl-alpha tocopheryl acetate) | 15 mg | 100% |
| Thiamin (as thiamin HCl) | 0.3 mg | 25% |
| Riboflavin | 0.33 mg | 25% |
| Niacin (as niacinamide) | 4 mg | 25% |
| Vitamin B6 (as pyridoxine HCl) | 1.7 mg | 100% |
| Folate | 400 mcg DFE (240 mcg Folic Acid) | 100% |
| Vitamin B12 (as cyanocobalamin) | 4.8 mcg | 200% |
| Biotin | 30 mcg | 100% |

| Amount per Serving | | % DV |
|---|---|---|
| Pantothenic Acid (as D-calcium pantothenate) | 1.3 mg | 26% |
| Calcium (as tricalcium phosphate) | 100 mg | 8% |
| Phosphorus (as tricalcium phosphate) | 50 mg | 4% |
| Iodine (as potassium iodide) | 150 mcg | 100% |
| Zinc (as zinc citrate) | 2.7 mg | 25% |
| Sodium | 15 mg | 1% |
| Orchard Fruits™ & Garden Veggies™ Powder Blend Orange, Blueberry, Carrot, Plum, Pomegranate, Strawberry, Pear, Apple, Beet, Raspberry, Pineapple, Pumpkin, Cherry, Cauliflower, Grape, Banana, Cabbage, Tomato, Acai, Asparagus, Brussels Sprout, Cranberry, Cucumber, Pea, Broccoli, Spinach | 75 mg | ** |
| Lutein (from Aztec marigold extract) (flower) | 300 mcg | ** |
| Boron (as sodium borate) | 150 mcg | ** |

†Percent Daily Values are based on a 2,000 calorie diet.
**Daily Value not established.

Other ingredients: sugar, glucose syrup, purified water, pectin, citric acid, sodium citrate, natural flavors, vegetable and fruit juice colors, coconut oil, carnauba wax

# Exhibit 155





# Exhibit 156



## Supplement Facts

Serving Size 2 Capsules
Servings per Container 50

| Amount per Serving | | % DV |
|---|---|---|
| Total Carbohydrate | <1 g | <1%† |
| Eyebright Blend: Bayberry (root, bark), Eyebright (aerial parts), Goldenseal (aerial parts), Raspberry (leaf), Cayenne Pepper (fruit) | 916 mg | ** |

†Percent Daily Values (DV) are based on a 2,000 calorie diet.
**Daily Value not established.

Other ingredients: plant-derived capsule (hypromellose)

# Exhibit 157



## Supplement Facts

Serving Size 2 Capsules
Servings per Container 30

| Amount per Serving | | % DV |
|---|---|---|
| Total Carbohydrate | <1 g | <1%† |
| Garden Veggies™ Powder Blend | 900 mg | ** |
| Broccoli, Spinach, Carrot, Beet, Pea, Tomato, Cabbage, Cauliflower, Asparagus, Brussels Sprout, Cucumber, Pumpkin | | |

†Percent Daily Values (DV) are based on a 2,000 calorie diet. **Daily Value not established.

Other ingredients: plant-derived capsule (hypromellose), silica

# Exhibit 158



## Supplement Facts

Serving Size 2 Capsules
Servings per Container 90

| Amount per Serving | | % DV |
|---|---|---|
| Total Carbohydrate | <1 g | <1%† |
| Total Sugars | <1 g | ** |
| Includes 0 g Added Sugars | | 0%† |
| Ginger (root) | 1.1 g | ** |

†Percent Daily Values (DV) are based on a 2,000 calorie diet.
**Daily Value not established.

Other ingredients: plant-derived capsule (hypromellose), cellulose, silica

# Exhibit 159



## Supplement Facts

Serving Size 3 Capsules
Servings per Container 33

| Amount per Serving | | % DV |
|---|---|---|
| Total Carbohydrate | 2 g | <1%† |
| Glucomannan (from *Amorphophallus konjac* root) | 1.995 g | ** |

†Percent Daily Values (DV) are based on a 2,000 calorie diet. **Daily Value not established.

Other ingredients: plant-derived capsule (hypromellose), magnesium stearate

Contains sulfites.

# Exhibit 160



## Supplement Facts

Serving Size 2 Capsules
Servings per Container 25

| Amount per Serving | | % DV |
|---|---|---|
| Total Carbohydrate | <1 g | <1%† |
| Goldenseal (root) | 1.14 g | ** |

†Percent Daily Values (DV) are based on a 2,000 calorie diet. **Daily Value not established.

Other ingredients: plant-derived capsule (hypromellose), magnesium stearate

# Exhibit 161





# Exhibit 162



## Supplement Facts

Serving Size 2 Capsules
Servings per Container 50

| Amount per Serving | | % DV |
|---|---|---|
| Total Carbohydrate | <1 g | <1%† |
| Sodium | 5 mg | <1% |
| Licorice (root) | 900 mg | ** |

†Percent Daily Values (DV) are based on a 2,000 calorie diet.
**Daily Value not established.

Other ingredients: plant-derived capsule (hypromellose)

# Exhibit 163





# Exhibit 164





# Exhibit 165





# Exhibit 166





# Exhibit 167



**Recommendation:** Adults take 2 tablets one hour before bedtime
**Warning:** Do not exceed recommended dose. If difficulty sleeping persists for more than two weeks, consult a healthcare professional. Insomnia may be a symptom of a serious underlying medical condition. Consult a healthcare professional before use if you are pregnant, nursing, or taking sedatives or tranquilizers or any medications. Avoid alcohol and do not drive or operate machinery while taking this product. **Keep out of reach of children.**

## Supplement Facts

Serving Size 2 Tablets
Servings per Container 25

| Amount per Serving | | % DV |
|---|---|---|
| Riboflavin (Vitamin B2) | 2 mg | 154% |
| Valerian Extract (root) providing 0.2% Valerenic Acid (0.64 mg) | 320 mg | ** |
| Lemon Balm Extract (leaf) | 160 mg | ** |
| **Daily Value (DV) not established. | | |

Other ingredients: dicalcium phosphate, hydroxypropyl cellulose, sodium croscarmellose, cellulose, polyvinyl alcohol, stearic acid, polyethylene glycol, titanium dioxide color, silica, magnesium silicate, riboflavin color, carmine color

# Exhibit 168



## Supplement Facts

Serving Size 4 Capsules
Servings per Container 25

| Amount per Serving | | % DV |
|---|---|---|
| Calories | 5 | |
| Total Carbohydrate | 2 g | <1%† |
| Dietary Fiber | 1 g | 4%† |
| Slippery Elm (bark) | 1.6 g | ** |

†Percent Daily Values (DV) are based on a 2,000 calorie diet. **Daily Value not established.

Other ingredients: plant-derived capsule (hypromellose), cellulose, magnesium stearate

# Exhibit 169



## Supplement Facts

Serving Size 2 Capsules
Servings per Container 50

| Amount per Serving | | % DV |
|---|---|---|
| Protein | <1 g | 1%† |
| Vitamin A (as beta carotene from spirulina) | 136 mcg | 15% |
| Sodium | 5 mg | <1% |
| Spirulina | 760 mg | ** |

†Percent Daily Values (DV) are based on a 2,000 calorie diet.
**Daily Value not established.

Other ingredients: plant-derived capsule (hypromellose)

# Exhibit 170





# Exhibit 171



# Exhibit 172



## Supplement Facts

Serving Size 3 Capsules
Servings per Container 33

| Amount per Serving | % DV |
|---|---|
| Uva Ursi (leaf) | 1.44 g** |

**Daily Value (DV) not established.

Other ingredients: plant-derived capsule (hypromellose)

# Exhibit 173





# Exhibit 174





# Exhibit 175



## Supplement Facts

Serving Size: 2 Gummies     Servings Per Bottle: 30

| | Amount Per Serving | % Daily Value† |
|---|---|---|
| Calories | 15 | |
| Total Carbohydrates | 4 g | 1% |
| Total Sugars | 3 g | ** |
| Includes 3 g Added Sugars | | 6% |
| Vitamin D₃ (as cholecalciferol) 50 mcg | | 250% |

† Percent Daily Values are based on a 2,000 calorie diet.
**Daily Value not established

**Other Ingredients:** Glucose syrup (contains sulfites), cane sugar, water, pectin, citric acid, trisodium citrate, natural flavor, black carrot concentrate.

Does not contain eggs, wheat (gluten), milk, peanuts, tree nuts, soy, or shellfish.

Processed in a facility with products that contain fish.

# Exhibit 176




# Exhibit 177





# Exhibit 178





# Exhibit 179





# Exhibit 180





# Exhibit 181





# Exhibit 182





# Exhibit 183




# Exhibit 184



## Supplement Facts

Serving Size 2 Gummy Vitamins
Servings Per Bottle 30

| Amount Per Serving | | % Daily Value |
|---|---|---|
| Calories | 20 | |
| Total Carbohydrate | 5 g | 2% † |
| Total Sugars | 4 g | ** |
| Includes 4 g Added Sugars | | 8% † |
| Vitamin B-12 (as cyanocobalamin) | 4.8 mcg | 200% |
| Apple Cider Vinegar | 500 mg | ** |

† Percent Daily Values are based on a 2,000 calorie diet.
** Daily Value not established.

**Other ingredients:** Sugar, glucose syrup, apple juice concentrate, gelatin, water; less than 2% of: blend of oils (coconut and/or palm) with beeswax and/or carnauba wax, malic acid, and natural flavor.
**Contains: tree nuts (coconut).**

# Exhibit 185



**Supplement Facts**

Serving Size 2 Gummy Vitamins
Servings Per Bottle 45

| Amount Per Serving | | % Daily Value |
|---|---|---|
| Calories | 15 | |
| Total Carbohydrate | 3 g | 1% † |
| Total Sugars | 3 g | ** |
| Includes 3 g Added Sugars | | 6% † |
| Vitamin B-12 (as cyanocobalamin) | 3000 mcg | 125000% |

† Percent Daily Values are based on a 2,000 calorie diet.
** Daily Value not established.

**Other ingredients:** Tapioca syrup, sugar, water, gelatin; less than 2% of: blend of oils (coconut and/or palm) with beeswax and/or carnauba wax, citric acid, lactic acid, natural flavor, pectin, and sodium citrate. **Contains: tree nuts (coconut).** *Processed in a facility with products that contain egg, fish, shellfish, soy and tree nuts.*

# Exhibit 186



## Supplement Facts

Serving Size 2 Gummy Vitamins
Servings Per Bottle 25

| Amount Per Serving | | % Daily Value |
|---|---|---|
| Calories | 30 | |
| Total Carbohydrate | 6 g | 2%† |
| Total Sugars | 5 g | ** |
| Includes 5 g Added Sugars | | 10%† |
| Vitamin B-6 (as pyridoxine HCl) | 10 mg | 588% |
| Vitamin B-12 (as cyanocobalamin) | 250 mcg | 10417% |
| Sensoril® Ashwagandha (*Withania somnifera*) | | |
| Leaf & Root Extract | 125 mg | ** |
| Phosphatidylserine | 100 mg | ** |

† Percent Daily Values are based on a 2,000 calorie diet.
** Daily Value not established.

**Other ingredients:** Glucose syrup, sugar, water, gelatin; less than 2% of: citric acid, color (blueberry and carrot concentrates), fumaric acid, lactic acid, and natural flavor. **Contains: soy.**

*Processed in a facility with products that contain egg, fish, shellfish, soy and tree nuts.*

# Exhibit 187



## Supplement Facts

Serving Size 2 Gummy Vitamins
Servings Per Bottle 50

| Amount Per Serving | | % Daily Value |
|---|---|---|
| Calories | 30 | |
| Total Carbohydrate | 7 g | 3% † |
| Total Sugars | 6 g | ** |
| Includes 6 g Added Sugars | | 12% † |
| Vitamin D (as cholecalciferol) | 25 mcg (1000 IU) | 125% |
| Calcium (as tricalcium phosphate) | 500 mg | 38% |
| Phosphorus (as tricalcium phosphate) | 200 mg | 16% |
| Sodium | 10 mg | < 1% |

† Percent Daily Values are based on a 2,000 calorie diet.
** Daily Value not established.

**Other ingredients:** Sugar, glucose syrup, water, gelatin; less than 2% of: canola lecithin, citric acid, colors (annatto extract, blueberry and carrot concentrates, purple carrot juice concentrate), lactic acid, medium chain triglycerides, natural flavors, and pectin.

*Processed in a facility with products that contain egg, fish, shellfish, soy and tree nuts.*

# Exhibit 188



**Supplement Facts**

Serving Size 3 Gummies
Servings Per Bottle 30

| Amount Per Serving | | % Daily Value |
|---|---|---|
| Calories | 30 | |
| Total Carbohydrate | 7 g | 3%† |
|   Total Sugars | 6 g | ** |
|     Includes 6 g Added Sugars | | 12% |
| Protein | <1 g | <1%† |
| Vitamin C (as ascorbic acid, sodium ascorbate) | 180 mg | 200% |
| Vitamin D (cholecalciferol)  15 mcg (600 IU) | | 75% |
| Sodium | 20 mg | <1% |
| Elderberry Juice Concentrate (Sambucus nigra L.) | 225 mg | ** |

† Percent Daily Values based on a 2,000 calorie diet.
** Daily Value not established

**Other ingredients:** Sugar, glucose syrup, water, gelatin; less than 2% of: citric acid, lactic acid, natural flavor, and pectin.

*Processed in a facility with products that contain egg, fish, shellfish, soy and tree nuts.*

# Exhibit 189



## Supplement Facts

Serving Size 2 Gummies
Servings Per Bottle 45

| Amount Per Serving | | % Daily Value |
|---|---|---|
| Calories | 10 | |
| Total Carbohydrate | 6 g | 2% † |
| Dietary Fiber | 4 g | 14%† |
| Soluble Fiber | 4 g | ** |
| Sugar Alcohol | <1 g | ** |
| Niacin (as inositol niacinate) | 10 mg NE | 63% |
| Vitamin B-6 (as pyridoxine HCl) | 1.7 mg | 100% |
| Folate | 330 mcg DFE (198 mcg folic acid) | 83% |
| Vitamin B-12 (as cyanocobalamin) 12 mcg | | 500% |
| Biotin | 75 mcg | 250% |
| Pantothenic acid (as calcium d-pantothenate) | 10 mg | 200% |

†Percent Daily Values are based on a 2,000 calorie diet.
**Daily Value not established.

**Other ingredients:** Polydextrose, water, gelatin, sorbitol; less than 2% of: blend of oils (coconut and/or palm) with beeswax and/or carnauba wax, colors (annatto extract, blueberry and carrot concentrates, purple carrot juice concentrate), malic acid, natural flavors, and sucralose. **Contains: tree nuts (coconut).**
*Processed in a facility with products that contain egg, fish, shellfish, soy and tree nuts.* To ensure quality and potency through expiration, this dietary supplement is manufactured with higher active ingredient levels than the indicated Amount Per Serving. Take only as directed. Do not exceed suggested dosage. If you have a medical condition, are on medication, are pregnant or nursing or have questions regarding your nutritional needs, consult a qualified healthcare professional before using this product. An individual's need for this product may be met through a varied and well balanced diet. If minor gas or bloating occurs, reduce daily serving. Do not use if the inner seal is broken or missing. This product may settle during shipping. Store in a cool, dry place. **Colors will darken over time.** This does not alter the potency of the product.

# Exhibit 190



**Supplement Facts**

Serving Size 2 Gummies
Servings Per Bottle 45

| Amount Per Serving | | % Daily Value |
|---|---|---|
| Calories | 10 | |
| Total Carbohydrate | 7 g | 3%† |
| Dietary Fiber | 5 g | 18%† |
| Soluble Fiber | 5 g | ** |
| Sugar Alcohol | <1 g | ** |

† Percent Daily Values are based on a 2,000 calorie diet.
** Daily Value not established.

**Ingredients:** Polydextrose, water, gelatin, sorbitol; less than 2% of: blend of oils (coconut and/or palm) with beeswax and/or carnauba wax, colors (annatto extract, blueberry and carrot concentrates, purple carrot juice concentrate), malic acid, natural flavors, and sucralose. **Contains: tree nuts (coconut).** *Processed in a facility with products that contain egg, fish, shellfish, soy and tree nuts.*

# Exhibit 191



## Supplement Facts

Serving Size 2 Gummy Supplements
Servings Per Bottle 60

| Amount Per Serving | | % Daily Value |
|---|---|---|
| Calories | 15 | |
| Total Carbohydrate | 3 g | 1% † |
| Total Sugars | 3 g | ** |
| Includes 3 g Added Sugars | | 6% † |
| Melatonin | 5 mg | ** |

† Percent Daily Values are based on a 2,000 calorie diet.
** Daily Value not established.

**Other ingredients:** Tapioca syrup, sugar, water, gelatin; less than 2% of: blend of oils (coconut and/or palm) with beeswax and/or carnauba wax, citric acid, color (blueberry and carrot concentrates), lactic acid, natural flavor, pectin, and sodium citrate. **Contains: tree nuts (coconut).**

*Processed in a facility with products that contain egg, fish, shellfish, soy and tree nuts.*

# Exhibit 192



## Supplement Facts

Serving Size 2 Gummies
Servings Per Bottle 50

| Amount Per Serving | | % Daily Value | |
|---|---|---|---|
| Calories | 10 | | |
| Total Carbohydrate | 4 g | 1% † | |
| Sugar Alcohol | 4 g | ** | |
| Melatonin | 10 mg | ** | |
| Passion Flower (Passiflora incarnata) 4:1 extract | 4.25 mg | ** | |
| Chamomile Flower (Chamomilla recutita) 4:1 extract | 4.25 mg | ** | |
| Lemon Balm Leaf (Melissa officinalis) 4:1 extract | 4 mg | ** | |

† Percent Daily Values are based on a 2,000 calorie diet.
** Daily Value not established.

**Other ingredients:** Maltitol, gelatin, water; less than 2% of: blend of oils (coconut and/or palm) with beeswax and/or carnauba wax, citric acid, color (purple carrot juice concentrate), malic acid, natural flavor, and steviol glycosides.
**Contains: tree nuts (coconut).**

# Exhibit 193



## Supplement Facts

Serving Size 3 Gummies
Servings Per Bottle 30

| Amount Per Serving | | % Daily Value |
|---|---|---|
| Calories | 50 | |
| Total Carbohydrate | 11 g | 4% † |
| Total Sugars | 9 g | ** |
| Includes 9 g Added Sugars | | 18% † |
| Protein | 1 g | <2% † |
| Vitamin C (as ascorbic acid, sodium ascorbate) | 270 mg | 300% |
| Zinc (as zinc gluconate) | 15 mg | 136% |
| Sodium | 35 mg | 2% |

† Percent Daily Values are based on a 2,000 calorie diet.
** Daily Value not established.

**Other ingredients:** Glucose syrup, sugar, water, gelatin; less than 2% of: citric acid, color (annatto extract), fumaric acid, malic acid, and natural flavor.
*Processed in a facility with products that contain egg, fish, shellfish, soy and tree nuts.*

# Exhibit 194



## Supplement Facts

Serving Size 2 Gummy Vitamins
Servings Per Bottle 45

| Amount Per Serving | | % Daily Value for Pregnant Women & Lactating Women |
|---|---|---|
| Calories | 25 | |
| Total Carbohydrate | 5 g | 2%† |
| Total Sugars | 4 g | ** |
| Includes 4 g Added Sugars | | 8%† |
| Vitamin A (as retinyl palmitate) | 650 mcg RAE | 50% |
| Vitamin C (as ascorbic acid) | 20 mg | 17% |
| Vitamin D (as cholecalciferol) | 20 mcg (800 IU) | 133% |
| Vitamin E (as d-alpha-tocopheryl acetate) | 19 mg | 100% |
| Niacin (as inositol niacinate) | 18 mg NE | 100% |
| Vitamin B-6 (as pyridoxine HCl) | 2 mg | 100% |
| Folate | 600 mcg DFE (360 mcg folic acid) | 100% |
| Vitamin B-12 (as cyanocobalamin) | 2.8 mcg | 100% |
| Biotin | 35 mcg | 100% |
| Iodine (as potassium iodide) | 220 mcg | 76% |
| Zinc (as zinc chelate) | 3.8 mg | 29% |
| Sodium | 5 mg | <1% |
| Omega-3 fatty acids (from fish oil) | 65 mg | ** |
| DHA (docosahexaenoic acid) | 50 mg | ** |
| Other Omega-3 fatty acids | 15 mg | ** |

† Percent Daily Values are based on a 2,000 calorie diet.
** Daily Value not established.

# Exhibit 195



## Supplement Facts

Serving Size: 2 Gummies
Servings Per Bottle: 35

| Amount per Serving | | % Daily Value |
|---|---|---|
| Calories | 20 | |
| Total Carbohydrate | 5g | 2%† |
| Total Sugars | 3g | ** |
| Includes 3g Added Sugars | | 6% |
| Proprietary Probiotic Blend | <1g | ** |
| *Bacillus Coagulans*, (4 Billion CFU) | | |
| *Bacillus Subtilis*, DE-111 (1 Billion CFU) | | |

† Percent Daily Values based on a 2,000 calorie diet.
** Daily Value not established

**Other ingredients:** Glucose Syrup, Sugar, Pectin, Citric Acid, Natural Flavors, Sodium Citrate, Corn Starch, Fractionated Coconut Oil (Containing Carnauba Wax), Colors (Annatto Extract, Purple Carrot Juice Concentrate).

# Exhibit 196



## Supplement Facts

Serving Size: 2 Gummy Vitamins
Servings Per Bottle 30

| Amount Per Serving | | % Daily Value |
|---|---|---|
| Calories | 35 | |
| Total Carbohydrate | 8g | 3%† |
| Total Sugars | 6g | ** |
| Includes 6g Added Sugars | | 12%† |
| Protein | <1g | 1%† |
| Vitamin D (as cholecalciferol) | 20mcg (800 IU) | 100% |
| Zinc (as zinc gluconate) | 5.5mg | 50% |
| Sodium | 20mg | <1% |
| RenewX™ (yeast fermentate from *S. cerevisiae*) | 500mg | ** |
| Elderberry (*Sambucus Nigra L.*) fruit 5:1 extract (equivalent to 50 mg dried elderberry powder) | 10mg | ** |

† Percent Daily Values based on a 2,000 calorie diet.
** Daily Value not established

**Other ingredients:** Glucose Syrup, Sugar, Water, Gelatin, Less Than 2% of: Citric Acid, Color (Blueberry and Carrot Concentrates), Fumaric Acid, Lactic Acid, Malic Acid, Natural Flavors, Pectin. *Processed in a facility with products that contain egg, fish, shellfish, soy and tree nuts.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 24, 2023, I served the above document on each person listed

below by sending it via email, and through United States First Class mail:

Sarah P. Pozzi,
E-mail: spozzi@cozen.com
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: (206) 340-1000


Paul K. Leary, Jr. (*pro hac vice*)
E-mail: pleary@cozen.com

Benjamin I. Wilkoff (*pro hac vice pending*)
E-mail: bwilkoff@cozen.com

One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-6911


Rachel B. Soloman (*pro hac vice pending*)
E-mail: rsoloman@cozen.com
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007 Telephone: (212) 908-1378

*Attorneys for Defendant Rite Aid Corporation*

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR 97232
P: 503-473-8565
rick@klingbeil-law.com