RICK KLINGBEIL, PC
1826 NE Broadway
Portland, OR 97232
P: 503-490-6763
rick@klingbeil-law.com

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| **JASON LEWIS SIMON**, an individual, | Case No. 3:23-cv-00487-SI |
| Plaintiff, | |
| v. | **DECLARATION OF RICK KLINGBEIL IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S FRCP 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| **RITE AID CORPORATION**, a Delaware Corporation, | |
| Defendant. | |

| | |
|---|---|
| **COUNTY OF MULTNOMAH** | **)** |
| | **) ss** |
| **STATE OF OREGON** | **)** |

<u>**DECLARATION OF RICK KLINGBEIL**</u>

1. I am Plaintiff's attorney in this case. I make the following declaration based on personal knowledge and in support of Plaintiff's *Response* to *Defendant's FRCP 12(b)(6) Motion to Dismiss Plaintiff's Complaint*.

2. The text quoted from Section II.B.1. (page 9) of Plaintiff's *Response* relating to the Rite Aid Supplier Compliance Guide was taken from Rite Aid's *Supplier Compliance Guide*,

Page 1 - **DECLARATION OF RICK KLINGBEIL IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S FRCP 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

*November 2021 edition*, located at:

https://raportal.riteaid.com/vn/VNBULLETIN/VNBULLETIN.ASHX?DocID=9511

**I hereby declare that the above statements are true and accurate to the best of my knowledge and belief, and that I understand the statements are made for use as evidence in court or by the court and are subject to penalty for perjury.**

Executed in Multnomah County, Oregon on September 1, 2023.

/s/ Rick Klingbeil

_____

Rick Klingbeil
OSB #933326

Page 2 - **DECLARATION OF RICK KLINGBEIL IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S FRCP 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

<u>**CERTIFICATE OF**</u> SERVICE

I hereby certify that on September 1, 2023, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system, which will send notice of said filing to

counsel of record as follows:

Sarah P. Pozzi,
E-mail: spozzi@cozen.com
999 Third Avenue, Suite 1900
Seattle, Washington 98104
Telephone: (206) 340-1000


Paul K. Leary, Jr. (*pro hac vice*)
E-mail: pleary@cozen.com

Benjamin I. Wilkoff (*pro hac vice pending*)
E-mail: bwilkoff@cozen.com

One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-6911


Rachel B. Soloman (*pro hac vice pending*)
E-mail: rsoloman@cozen.com
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007 Telephone: (212) 908-1378

*Attorneys for Defendant Rite Aid Corporation*

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR 97232
P: 503-473-8565
rick@klingbeil-law.com