RICK KLINGBEIL, PC
1826 NE Broadway
Portland, OR  97232
P: 503-490-6763
rick@klingbeil-law.com

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **JASON LEWIS SIMON**, an individual,<br><br>    Plaintiff,<br><br>          v.<br><br>**RITE AID CORPORATION**, a Delaware Corporation,<br><br>    Defendant. | Case No. 3:23-cv-00487-SI<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE** |

**JUDGMENT OF DISMISSAL WITH PREJUDICE** This matter is before the Court on Plaintiff's request that this action be dismissed. For good cause shown, and pursuant to Federal Rule of Civil Procedure 41(a), IT IS ORDERED AND ADJUDGED that:

1.     All claims asserted in this action are dismissed with prejudice.

Page 1 -   **JUDGMENT OF DISMISSAL WITH PREJUDICE**

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR  97232
P: 503-473-8565
rick@klingbeil-law.com

2.  No costs or fees are awarded to either party; each party shall bear its own costs and attorneys' fees.

3.  The Clerk is directed to enter this Judgment and close the case.

This Judgment is entered *nunc pro tunc* to July 11, 2025.

This is a final judgment entered under Fed. R. Civ. P. 58.

DATED: August 11, 2025.

_____
Michael H. Simon
United States District Judge

Submitted by:

Rick Klingbeil, PC
1826 NE Broadway
Portland, OR 97232
P: 503-473-8565
rick@klingbeil-law.com
Attorney for Plaintiff

Page 2 -  **JUDGMENT OF DISMISSAL WITH PREJUDICE**